UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ALONZO, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>DEXCOM INC., et al.,<br><br>          Defendants. | Case No.: 24-cv-1485-RSH-VET<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[ECF No. 3] |

  Before the Court is the Parties "Joint Motion to Extend Time to Respond to Complaint." ECF No. 3. For good cause shown, the Parties' Joint Motion is **GRANTED** as follows:

  1. Defendants shall not be required to answer or otherwise respond to the complaint until after the Court appoints a Lead Plaintiff and such Lead Plaintiff files an amended complaint or designates the initial complaint as operative.

  2. Within fourteen (14) days after the Court issues a decision on the appointment of Lead Plaintiff pursuant to 15 U.S.C. § 78u-4, counsel for Lead Plaintiff and Defendants shall submit a joint motion and proposed order for the Court's approval

1  with the Parties' proposed schedule for the filing of an amended complaint (or
2  designating the initial complaint as operative) and any response(s) thereto.
3       **IT IS SO ORDERED.**
4  Dated: October 3, 2024

                                            Hon. Robert S. Huie
                                            United States District Judge