**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (Bar No. 139304)
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
Guillaume Buell (pro hac vice forthcoming)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com
gbuell@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

[Additional Counsel Appears on Signature Page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLENE ALONZO, Individually and on Behalf of All Others Similarly Situated, | Case No. 24-cv-1485-RSH-VET |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE OF THE MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| DEXCOM, INC., KEVIN R. SAYER, and JEREME M. SYLVAIN, | |
| Defendants. | Date: November 25, 2024<br>Courtroom: 3B<br>Judge: Robert S. Huie |

NOTICE OF MOTION AND MOTION
CASE NO. 24-CV-1485-RSH-VET

|  |  |
|---|---|
|  | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, Individually and on Behalf of All Others Similarly Situated, | Case No. 24-cv-1804-RSH-VET<br><br>CLASS ACTION<br><br>Date: November 25, 2024<br>Courtroom: 3B<br>Judge: Robert S. Huie |
| Plaintiff, | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
| v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JEREME M. SYLVAIN, and SEAN CHRISTENSEN,<br><br>Defendants. |  |
| MATTHEW CARNES, Individually and on Behalf of All Others Similarly Situated, | Case No. 24-cv-1809-RBM-DDL<br><br>CLASS ACTION |
| Plaintiff, | Date: November 25, 2024<br>Courtroom: 5B<br>Judge: Ruth Bermudez Montenegro |
| v.<br><br>DEXCOM, INC., KEVIN R. SAYER, and JEREME M. SYLVAIN,<br><br>Defendants. | NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

NOTICE OF MOTION AND MOTION
CASE NO. 24-CV-1485-RSH-VET

## <u>NOTICE OF MOTION AND MOTION</u>

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lead Plaintiff movants Oakland County Voluntary Employees' Beneficiary Association ("Oakland County VEBA") and Oakland County Employees' Retirement System ("Oakland County ERS" and together with Oakland County VEBA, "Oakland County") by and through their counsel, hereby move this Court in Courtroom 3B of the Honorable Robert S. Huie at the United States District Court, Southern District of California, United States Courthouse, 221 West Broadway, San Diego, CA 92101, on November 25, 2024 or as soon thereafter as the matter may be heard, for the entry of an Order: (i) consolidating the above-captioned related actions (the "Related Actions") pursuant to Rule 42 of the Federal Rules of Civil Procedure (ii) appointing Oakland County as Lead Plaintiff in the above-captioned securities class action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq.*; (iii) approving Oakland County's selection of Labaton Keller Sucharow LLP ("Labaton") as Lead Counsel for the Class and Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper (the "Motion").[1]

This Motion is made on the grounds that Oakland County believes it is the "most adequate plaintiff" under the PSLRA and is therefore entitled to be appointed Lead Plaintiff.  Specifically, Oakland County believes it has the "largest financial

---

[1] This Motion has been filed pursuant to Section 21D(a)(3)(B) of the Exchange Act, as amended by the PSLRA.  The PSLRA provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action.  Consequently, counsel for Oakland County has no way of knowing who the competing lead plaintiff candidates are at this time.  As a result, counsel for Oakland County has been unable to confer with opposing counsel as prescribed in Judge Robert S. Huie's Civil Pretrial and Procedures III.A and respectfully requests that the conference requirement be waived for this Motion.

interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately **$316,583** million in losses as calculated under a last-in, first-out ("LIFO") basis, that it incurred on its investments in the securities of DexCom Inc. ("DexCom" or the "Company"). Oakland County also satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class. Moreover, Oakland County is a paradigmatic Lead Plaintiff under the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation and prior experience successfully serving as a court-appointed PSLRA lead plaintiff, which will ensure their effective monitoring and supervision of counsel.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Lucas E. Gilmore (the "Gilmore Decl.") filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Oakland County respectfully requests that the Court enter an Order: (i) consolidating the above-captioned related actions pursuant to Rule 42 of the Federal Rules of Civil Procedure (ii) appointing Oakland County as Lead Plaintiff in the Action pursuant to the PSLRA; (iii) approving its selection of Labaton as Lead Counsel for the Class and Hagens Berman as Liaison Counsel for the Class; and (iv) granting any such further relief as the Court deems just and proper.

DATED: October 21, 2024

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Lucas E. Gilmore*
Reed R. Kathrein (Bar No. 139304)
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710

Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com
reed@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice*
forthcoming)
Guillaume Buell (*pro hac vice* forthcoming*)*
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com
gbuell@labaton.com

*Counsel for Proposed Lead Plaintiff
and Proposed Lead Counsel for the Class*

**VANOVERBEKE MICHAUD &
TIMMONY P.C.**
Aaron L. Castle (*pro hac vice* forthcoming*)*
79 Alfred Street
Detroit, MI 48201
Tel: (313) 578-1200
Fax: (313) 578-1201
acastle@vmtlaw.com

*Additional Counsel for Plaintiffs*