**Exhibit A**

**CERTIFICATION**

I, Joseph Rozell, as Chairman of Oakland County Employees' Retirement System ("Oakland County ERS"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Oakland County ERS.  I have reviewed a complaint prepared against DexCom, Inc. ("DexCom") alleging violations of the federal securities laws, and authorize the filing of this pleading;

2.      Oakland County ERS did not purchase securities of DexCom at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Oakland County ERS is willing to serve as a representative party in this matter, including providing testimony at deposition and trial, if necessary.  Oakland County ERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Oakland Country ERS' transactions in DexCom securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Oakland County ERS sought to serve and was appointed as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*In re Opendoor Technologies Inc. Securities Litigation*, No. 2:22-cv-1717 (D. Ariz.)
*In re Sotera Health Company Securities Litigation*, No. 1:23-cv-0143 (N.D. Ohio)
*Lamontagne v. Tesla, Inc.*, No. 5:23-cv-0869 (N.D. Cal.)
*Genesee County Employees' Retirement System v. Driven Brands Holdings Inc.*, No. 3:23-cv-00895 (W.D.N.C.)

6.      Oakland Country ERS sought to serve, but was not appointed, as a lead plaintiff in the following class action under the federal securities laws filed during the last three years:

*City of Hollywood Police Officers Retirement System v. Citrix Systems, Inc.*,
No. 0:21-cv-62380 (S.D. Fla.)

7.      Oakland County ERS is currently serving as a representative party on behalf of a class in the following action under the federal securities laws filed during the last three years:

Exhibit A
Page 1

*Oakland County Voluntary Employees' Beneficiary Association v. Generac Holdings Inc.,*
No. 2:22-cv-1436 (E.D. Wis.)

8.      Beyond its pro rata share of any recovery, Oakland County ERS will not accept payment for serving as a lead plaintiff or representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 7th day of October, 2024.

Signed by:

*Joseph Rozell*
Chairman
Oakland County Employees'
Retirement System

2

**Exhibit A**
**Page 2**

**EXHIBIT A**

**TRANSACTIONS IN DEXCOM, INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 04/24/2023 | -34.00 | $124.37 | $4,228.73 |
| Sales | 04/25/2023 | -104.00 | $124.11 | $12,906.92 |
| Purchases | 06/02/2023 | 166.00 | $122.44 | ($20,324.54) |
| Purchases | 06/09/2023 | 32.00 | $124.18 | ($3,973.87) |
| Purchases | 06/12/2023 | 70.00 | $125.45 | ($8,781.58) |
| Purchases | 06/13/2023 | 10.00 | $127.34 | ($1,273.38) |
| Sales | 06/30/2023 | -108.00 | $128.62 | $13,890.88 |
| Sales | 07/28/2023 | -110.00 | $132.50 | $14,574.53 |
| Sales | 07/31/2023 | -51.00 | $124.95 | $6,372.39 |
| Sales | 07/31/2023 | -59.00 | $129.72 | $7,653.49 |
| Purchases | 09/01/2023 | 45.00 | $101.74 | ($4,578.49) |
| Purchases | 09/05/2023 | 95.00 | $101.29 | ($9,622.68) |
| Purchases | 09/07/2023 | 200.00 | $105.76 | ($21,152.64) |
| Purchases | 09/07/2023 | 600.00 | $103.26 | ($61,955.76) |
| Purchases | 09/08/2023 | 200.00 | $104.39 | ($20,877.56) |
| Purchases | 09/11/2023 | 100.00 | $104.30 | ($10,429.87) |
| Purchases | 09/12/2023 | 300.00 | $103.89 | ($31,166.58) |
| Purchases | 09/14/2023 | 400.00 | $102.51 | ($41,002.00) |
| Purchases | 09/15/2023 | 500.00 | $98.16 | ($49,081.95) |
| Purchases | 09/18/2023 | 50.00 | $95.58 | ($4,778.82) |
| Purchases | 09/19/2023 | 65.00 | $94.14 | ($6,119.17) |
| Purchases | 09/20/2023 | 70.00 | $92.66 | ($6,486.16) |
| Purchases | 09/21/2023 | 70.00 | $89.44 | ($6,260.53) |
| Purchases | 09/22/2023 | 55.00 | $87.90 | ($4,834.49) |
| Purchases | 09/25/2023 | 175.00 | $85.92 | ($15,036.16) |
| Purchases | 10/04/2023 | 25.00 | $87.06 | ($2,176.42) |
| Purchases | 10/04/2023 | 100.00 | $87.33 | ($8,732.50) |
| Purchases | 10/05/2023 | 90.00 | $81.56 | ($7,340.82) |
| Purchases | 10/06/2023 | 95.00 | $82.11 | ($7,800.36) |
| Sales | 10/06/2023 | -158.00 | $83.23 | $13,149.55 |
| Sales | 10/06/2023 | -163.00 | $83.18 | $13,558.05 |
| Purchases | 10/12/2023 | 65.00 | $77.24 | ($5,020.68) |
| Purchases | 10/12/2023 | 80.00 | $78.88 | ($6,310.04) |
| Sales | 11/02/2023 | -95.00 | $95.14 | $9,038.23 |
| Purchases | 11/15/2023 | 33.00 | $102.92 | ($3,396.48) |
| Purchases | 11/16/2023 | 32.00 | $103.87 | ($3,323.95) |
| Purchases | 11/16/2023 | 38.00 | $104.09 | ($3,955.50) |
| Purchases | 11/16/2023 | 21.00 | $104.84 | ($2,201.55) |

**Exhibit A**
**Page 3**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 11/17/2023 | 8.00 | $105.55 | ($844.39) |
| Purchases | 11/17/2023 | 7.00 | $105.87 | ($741.09) |
| Purchases | 11/17/2023 | 2.00 | $105.63 | ($211.25) |
| Sales | 11/20/2023 | -40.00 | $108.99 | $4,359.50 |
| Sales | 11/24/2023 | -50.00 | $113.21 | $5,660.25 |
| Purchases | 12/29/2023 | 275.00 | $124.44 | ($34,219.90) |
| Sales | 01/12/2024 | -116.00 | $125.79 | $14,591.44 |
| Sales | 01/12/2024 | -4.00 | $125.31 | $501.22 |
| Sales | 03/28/2024 | -190.00 | $138.70 | $26,353.00 |
| Sales | 04/02/2024 | -129.00 | $136.25 | $17,576.02 |
| Sales | 04/15/2024 | -53.00 | $134.83 | $7,145.85 |
| Sales | 04/16/2024 | -150.00 | $135.76 | $20,363.70 |
| Purchases | 06/06/2024 | 20.00 | $115.29 | ($2,305.87) |
| Purchases | 06/06/2024 | 21.00 | $115.22 | ($2,419.62) |
| Purchases | 06/07/2024 | 202.00 | $115.57 | ($23,344.43) |
| Purchases | 06/07/2024 | 8.00 | $115.49 | ($923.92) |
| Purchases | 06/10/2024 | 84.00 | $115.89 | ($9,734.76) |
| Purchases | 06/10/2024 | 105.00 | $115.49 | ($12,126.48) |
| Purchases | 06/11/2024 | 232.00 | $116.55 | ($27,039.69) |
| Purchases | 06/21/2024 | 2.00 | $115.46 | ($230.93) |
| Purchases | 06/21/2024 | 5.00 | $115.81 | ($579.03) |
| Purchases | 06/21/2024 | 121.00 | $116.47 | ($14,092.81) |

**Exhibit A
Page 4**

**CERTIFICATION**

I, Joseph Rozell, as Chairman of Oakland County Voluntary Employees' Beneficiary Association ("Oakland County VEBA"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Oakland County VEBA. I have reviewed a complaint prepared against DexCom, Inc. ("DexCom") alleging violations of the federal securities laws, and authorize the filing of this pleading;

2. Oakland County VEBA did not purchase securities of DexCom at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Oakland County VEBA is willing to serve as a representative party in this matter, including providing testimony at deposition and trial, if necessary. Oakland County VEBA fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. Oakland Country VEBA's transactions in DexCom securities during the Class Period are reflected in Exhibit A, attached hereto;

5. Oakland County VEBA sought to serve and was appointed as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*In re Opendoor Technologies Inc. Securities Litigation*, No. 2:22-cv-1717 (D. Ariz.)
*In re Sotera Health Company Securities Litigation*, No. 1:23-cv-0143 (N.D. Ohio)
*Lamontagne v. Tesla, Inc.*, No. 5:23-cv-0869 (N.D. Cal.)
*Genesee County Employees' Retirement System v. Driven Brands Holdings Inc.*, No. 3:23-cv-00895 (W.D.N.C.)

6. Oakland Country VEBA sought to serve, but was not appointed, as a lead plaintiff in the following class action under the federal securities laws filed during the last three years:

*City of Hollywood Police Officers Retirement System v. Citrix Systems, Inc.*,
No. 0:21-cv-62380 (S.D. Fla.)

7. Oakland County ERS is currently serving as a representative party on behalf of a class in the following action under the federal securities laws filed during the last three years:

**Exhibit A**
**Page 5**

*Oakland County Voluntary Employees' Beneficiary Association v. Generac Holdings Inc.*,
No. 2:22-cv-1436 (E.D. Wis.)

8.     Beyond its pro rata share of any recovery, Oakland County VEBA will not accept payment for serving as a lead plaintiff or representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 7th day of October, 2024.

Signed by:

*Joseph Rozell*
Chairman
Oakland County Voluntary Employees'
Beneficiary Association

2

**Exhibit A**

**Page 6**

**EXHIBIT A**

**TRANSACTIONS IN DEXCOM, INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 06/02/2023 | 377.00 | $122.44 | ($46,158.75) |
| Purchases | 06/09/2023 | 71.00 | $124.18 | ($8,817.01) |
| Purchases | 06/12/2023 | 158.00 | $125.45 | ($19,821.27) |
| Purchases | 06/13/2023 | 24.00 | $127.34 | ($3,056.11) |
| Sales | 06/30/2023 | -244.00 | $128.62 | $31,383.11 |
| Sales | 07/28/2023 | -250.00 | $132.50 | $33,123.93 |
| Sales | 07/31/2023 | -116.00 | $124.95 | $14,494.06 |
| Sales | 07/31/2023 | -135.00 | $129.72 | $17,512.23 |
| Purchases | 09/01/2023 | 104.00 | $101.74 | ($10,581.40) |
| Purchases | 09/05/2023 | 216.00 | $101.29 | ($21,878.94) |
| Purchases | 09/07/2023 | 1,200.00 | $103.26 | ($123,911.52) |
| Purchases | 09/07/2023 | 400.00 | $105.76 | ($42,305.28) |
| Purchases | 09/08/2023 | 400.00 | $104.39 | ($41,755.12) |
| Purchases | 09/11/2023 | 100.00 | $104.30 | ($10,429.87) |
| Purchases | 09/12/2023 | 700.00 | $103.89 | ($72,722.02) |
| Purchases | 09/14/2023 | 900.00 | $102.51 | ($92,254.50) |
| Purchases | 09/15/2023 | 1,200.00 | $98.16 | ($117,796.68) |
| Purchases | 09/18/2023 | 75.00 | $95.58 | ($7,168.23) |
| Purchases | 09/19/2023 | 125.00 | $94.14 | ($11,767.64) |
| Purchases | 09/20/2023 | 150.00 | $92.66 | ($13,898.91) |
| Purchases | 09/21/2023 | 150.00 | $89.44 | ($13,415.42) |
| Purchases | 09/22/2023 | 125.00 | $87.90 | ($10,987.48) |
| Purchases | 09/25/2023 | 375.00 | $85.92 | ($32,220.34) |
| Purchases | 10/04/2023 | 200.00 | $87.33 | ($17,465.00) |
| Purchases | 10/04/2023 | 50.00 | $87.06 | ($4,352.84) |
| Purchases | 10/05/2023 | 100.00 | $81.56 | ($8,156.47) |
| Purchases | 10/05/2023 | 100.00 | $81.69 | ($8,169.00) |
| Purchases | 10/06/2023 | 200.00 | $82.11 | ($16,421.82) |
| Sales | 10/06/2023 | -359.00 | $83.23 | $29,877.78 |
| Sales | 10/06/2023 | -371.00 | $83.18 | $30,859.11 |
| Purchases | 10/12/2023 | 175.00 | $78.88 | ($13,803.21) |
| Purchases | 10/12/2023 | 125.00 | $77.24 | ($9,655.15) |
| Sales | 11/02/2023 | -200.00 | $95.14 | $19,027.86 |
| Purchases | 11/15/2023 | 76.00 | $102.92 | ($7,822.20) |
| Purchases | 11/16/2023 | 48.00 | $104.84 | ($5,032.11) |
| Purchases | 11/16/2023 | 72.00 | $103.87 | ($7,478.88) |
| Purchases | 11/16/2023 | 88.00 | $104.09 | ($9,160.11) |
| Purchases | 11/17/2023 | 4.00 | $105.63 | ($422.50) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 11/17/2023 | 17.00 | $105.55 | ($1,794.33) |
| Purchases | 11/17/2023 | 16.00 | $105.87 | ($1,693.92) |
| Sales | 11/20/2023 | -75.00 | $108.99 | $8,174.06 |
| Sales | 11/24/2023 | -125.00 | $113.21 | $14,150.63 |
| Sales | 12/22/2023 | -256.00 | $122.17 | $31,275.52 |
| Purchases | 12/29/2023 | 850.00 | $124.43 | ($105,763.38) |
| Sales | 01/12/2024 | -7.00 | $125.31 | $877.14 |
| Sales | 01/12/2024 | -193.00 | $125.79 | $24,277.14 |
| Sales | 03/28/2024 | -284.00 | $138.70 | $39,390.80 |
| Sales | 04/02/2024 | -280.00 | $136.25 | $38,149.50 |
| Sales | 04/15/2024 | -118.00 | $134.83 | $15,909.63 |
| Sales | 04/16/2024 | -332.00 | $135.76 | $45,071.66 |
| Purchases | 06/06/2024 | 47.00 | $115.22 | ($5,415.34) |
| Purchases | 06/06/2024 | 43.00 | $115.29 | ($4,957.63) |
| Purchases | 06/07/2024 | 452.00 | $115.57 | ($52,236.06) |
| Purchases | 06/07/2024 | 18.00 | $115.49 | ($2,078.82) |
| Purchases | 06/10/2024 | 189.00 | $115.89 | ($21,903.21) |
| Purchases | 06/10/2024 | 234.00 | $115.49 | ($27,024.73) |
| Purchases | 06/11/2024 | 518.00 | $116.55 | ($60,373.11) |
| Purchases | 06/21/2024 | 11.00 | $115.81 | ($1,273.86) |
| Purchases | 06/21/2024 | 4.00 | $115.46 | ($461.86) |
| Purchases | 06/21/2024 | 268.00 | $116.47 | ($31,213.83) |

Exhibit A
Page 8