# Exhibit B

**LOSS ANALYSIS**

**Class Period:  04/28/23 - 07/25/24**

**DexCom Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| DXCM | 252131107 | US2521311074 | B0796X4 | $70.0231 |

**Oakland County Voluntary Employees' Benefit Association**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 04/28/23 | 2,618 | | |
| Purchases | 06/02/23 | 377 | $122.44 | ($46,158.75) |
| Purchases | 06/09/23 | 71 | $124.18 | ($8,817.01) |
| Purchases | 06/12/23 | 158 | $125.45 | ($19,821.27) |
| Purchases | 06/13/23 | 24 | $127.34 | ($3,056.11) |
| Purchases | 09/01/23 | 104 | $101.74 | ($10,581.40) |
| Purchases | 09/05/23 | 216 | $101.29 | ($21,878.94) |
| Purchases | 09/07/23 | 1,200 | $103.26 | ($123,911.52) |
| Purchases | 09/07/23 | 400 | $105.76 | ($42,305.28) |
| Purchases | 09/08/23 | 400 | $104.39 | ($41,755.12) |
| Purchases | 09/11/23 | 100 | $104.30 | ($10,429.87) |
| Purchases | 09/12/23 | 700 | $103.89 | ($72,722.02) |
| Purchases | 09/14/23 | 900 | $102.51 | ($92,254.50) |
| Purchases | 09/15/23 | 1,200 | $98.16 | ($117,796.68) |
| Purchases | 09/18/23 | 75 | $95.58 | ($7,168.23) |
| Purchases | 09/19/23 | 125 | $94.14 | ($11,767.64) |
| Purchases | 09/20/23 | 150 | $92.66 | ($13,898.91) |
| Purchases | 09/21/23 | 150 | $89.44 | ($13,415.42) |
| Purchases | 09/22/23 | 125 | $87.90 | ($10,987.48) |
| Purchases | 09/25/23 | 375 | $85.92 | ($32,220.34) |
| Purchases | 10/04/23 | 200 | $87.33 | ($17,465.00) |
| Purchases | 10/04/23 | 50 | $87.06 | ($4,352.84) |
| Purchases | 10/05/23 | 100 | $81.56 | ($8,156.47) |
| Purchases | 10/05/23 | 100 | $81.69 | ($8,169.00) |
| Purchases | 10/06/23 | 200 | $82.11 | ($16,421.82) |
| Purchases | 10/12/23 | 175 | $78.88 | ($13,803.21) |
| Purchases | 10/12/23 | 125 | $77.24 | ($9,655.15) |
| Purchases | 11/15/23 | 76 | $102.92 | ($7,822.20) |
| Purchases | 11/16/23 | 48 | $104.84 | ($5,032.11) |
| Purchases | 11/16/23 | 72 | $103.87 | ($7,478.88) |
| Purchases | 11/16/23 | 88 | $104.09 | ($9,160.11) |

**Exhibit B**
**Page 9**

**Oakland County Voluntary Employees' Benefit Association**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Purchases | 11/17/23 | 4 | $105.63 | ($422.50) |
| Purchases | 11/17/23 | 17 | $105.55 | ($1,794.33) |
| Purchases | 11/17/23 | 16 | $105.87 | ($1,693.92) |
| Purchases | 12/29/23 | 850 | $124.43 | ($105,763.38) |
| Purchases | 06/06/24 | 47 | $115.22 | ($5,415.34) |
| Purchases | 06/06/24 | 43 | $115.29 | ($4,957.63) |
| Purchases | 06/07/24 | 452 | $115.57 | ($52,236.06) |
| Purchases | 06/07/24 | 18 | $115.49 | ($2,078.82) |
| Purchases | 06/10/24 | 189 | $115.89 | ($21,903.21) |
| Purchases | 06/10/24 | 234 | $115.49 | ($27,024.73) |
| Purchases | 06/11/24 | 518 | $116.55 | ($60,373.11) |
| Purchases | 06/21/24 | 11 | $115.81 | ($1,273.86) |
| Purchases | 06/21/24 | 4 | $115.46 | ($461.86) |
| Purchases | 06/21/24 | 268 | $116.47 | ($31,213.83) |
| ***Class Period purchases:*** | | ***10,755*** | | ***($1,125,075.84)*** |
| | | | | |
| Sales | 07/31/23 | (115) | $129.72 | $14,917.82 |
| ***Class Period sales that match to Pre-Class Period:*** | | ***-115*** | | ***$14,917.82*** |
| | | | | |
| Sales | 06/30/23 | (244) | $128.62 | $31,383.11 |
| Sales | 07/28/23 | (250) | $132.50 | $33,123.93 |
| Sales | 07/31/23 | (116) | $124.95 | $14,494.06 |
| Sales | 07/31/23 | (20) | $129.72 | $2,594.40 |
| Sales | 10/06/23 | (359) | $83.23 | $29,877.78 |
| Sales | 10/06/23 | (371) | $83.18 | $30,859.11 |
| Sales | 11/02/23 | (200) | $95.14 | $19,027.86 |
| Sales | 11/20/23 | (75) | $108.99 | $8,174.06 |
| Sales | 11/24/23 | (125) | $113.21 | $14,150.63 |
| Sales | 12/22/23 | (256) | $122.17 | $31,275.52 |
| Sales | 01/12/24 | (7) | $125.31 | $877.14 |
| Sales | 01/12/24 | (193) | $125.79 | $24,277.14 |
| Sales | 03/28/24 | (284) | $138.70 | $39,390.80 |
| Sales | 04/02/24 | (280) | $136.25 | $38,149.50 |
| Sales | 04/15/24 | (118) | $134.83 | $15,909.63 |
| Sales | 04/16/24 | (332) | $135.76 | $45,071.66 |
| ***Class Period sales that match to Class Period purchases:*** | | ***-3,230*** | | ***$378,636.32*** |
| | | | | |
| Shares Held: | | 7,525 | $70.0231 | $526,923.83 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($219,515.70)** |

| | |
|---|---|
| Total Shares Bought: | 10,755 |
| Total Net Shares: | 7,410 |
| Total Net Expenditures: | ($731,521.70) |

[1] *Value of shares held is the mean trading price from 07/26/24 - 10/21/24.*

**Exhibit B**
**Page 10**

**LOSS ANALYSIS**

**Class Period:  04/28/23 - 07/25/24**

**DexCom Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| DXCM | 252131107 | US2521311074 | B0796X4 | $70.0231 |

**Oakland County Employees Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 04/28/23 | 1,155 | | |
| Purchases | 06/02/23 | 166 | $122.44 | ($20,324.54) |
| Purchases | 06/09/23 | 32 | $124.18 | ($3,973.87) |
| Purchases | 06/12/23 | 70 | $125.45 | ($8,781.58) |
| Purchases | 06/13/23 | 10 | $127.34 | ($1,273.38) |
| Purchases | 09/01/23 | 45 | $101.74 | ($4,578.49) |
| Purchases | 09/05/23 | 95 | $101.29 | ($9,622.68) |
| Purchases | 09/07/23 | 200 | $105.76 | ($21,152.64) |
| Purchases | 09/07/23 | 600 | $103.26 | ($61,955.76) |
| Purchases | 09/08/23 | 200 | $104.39 | ($20,877.56) |
| Purchases | 09/11/23 | 100 | $104.30 | ($10,429.87) |
| Purchases | 09/12/23 | 300 | $103.89 | ($31,166.58) |
| Purchases | 09/14/23 | 400 | $102.51 | ($41,002.00) |
| Purchases | 09/15/23 | 500 | $98.16 | ($49,081.95) |
| Purchases | 09/18/23 | 50 | $95.58 | ($4,778.82) |
| Purchases | 09/19/23 | 65 | $94.14 | ($6,119.17) |
| Purchases | 09/20/23 | 70 | $92.66 | ($6,486.16) |
| Purchases | 09/21/23 | 70 | $89.44 | ($6,260.53) |
| Purchases | 09/22/23 | 55 | $87.90 | ($4,834.49) |
| Purchases | 09/25/23 | 175 | $85.92 | ($15,036.16) |
| Purchases | 10/04/23 | 25 | $87.06 | ($2,176.42) |
| Purchases | 10/04/23 | 100 | $87.33 | ($8,732.50) |
| Purchases | 10/05/23 | 90 | $81.56 | ($7,340.82) |
| Purchases | 10/06/23 | 95 | $82.11 | ($7,800.36) |
| Purchases | 10/12/23 | 65 | $77.24 | ($5,020.68) |
| Purchases | 10/12/23 | 80 | $78.88 | ($6,310.04) |
| Purchases | 11/15/23 | 33 | $102.92 | ($3,396.48) |
| Purchases | 11/16/23 | 32 | $103.87 | ($3,323.95) |
| Purchases | 11/16/23 | 38 | $104.09 | ($3,955.50) |
| Purchases | 11/16/23 | 21 | $104.84 | ($2,201.55) |
| Purchases | 11/17/23 | 8 | $105.55 | ($844.39) |
| Purchases | 11/17/23 | 7 | $105.87 | ($741.09) |
| Purchases | 11/17/23 | 2 | $105.63 | ($211.25) |
| Purchases | 12/29/23 | 275 | $124.44 | ($34,219.90) |
| Purchases | 06/06/24 | 20 | $115.29 | ($2,305.87) |

**Exhibit B**
**Page 11**

**Oakland County Employees Retirement System**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Purchases | 06/06/24 | 21 | $115.22 | ($2,419.62) |
| Purchases | 06/07/24 | 202 | $115.57 | ($23,344.43) |
| Purchases | 06/07/24 | 8 | $115.49 | ($923.92) |
| Purchases | 06/10/24 | 84 | $115.89 | ($9,734.76) |
| Purchases | 06/10/24 | 105 | $115.49 | ($12,126.48) |
| Purchases | 06/11/24 | 232 | $116.55 | ($27,039.69) |
| Purchases | 06/21/24 | 2 | $115.46 | ($230.93) |
| Purchases | 06/21/24 | 5 | $115.81 | ($579.03) |
| Purchases | 06/21/24 | 121 | $116.47 | ($14,092.81) |
| *Class Period purchases:* | | *4,874* | | *($506,808.70)* |
| | | | | |
| Sales | 07/31/23 | (50) | $129.72 | $6,486.01 |
| *Class Period sales that match to Pre-Class Period:* | | *-50* | | *$6,486.01* |
| | | | | |
| Sales | 06/30/23 | (108) | $128.62 | $13,890.88 |
| Sales | 07/28/23 | (110) | $132.50 | $14,574.53 |
| Sales | 07/31/23 | (51) | $124.95 | $6,372.39 |
| Sales | 07/31/23 | (9) | $129.72 | $1,167.48 |
| Sales | 10/06/23 | (158) | $83.23 | $13,149.55 |
| Sales | 10/06/23 | (163) | $83.18 | $13,558.05 |
| Sales | 11/02/23 | (95) | $95.14 | $9,038.23 |
| Sales | 11/20/23 | (40) | $108.99 | $4,359.50 |
| Sales | 11/24/23 | (50) | $113.21 | $5,660.25 |
| Sales | 01/12/24 | (116) | $125.79 | $14,591.44 |
| Sales | 01/12/24 | (4) | $125.31 | $501.22 |
| Sales | 03/28/24 | (190) | $138.70 | $26,353.00 |
| Sales | 04/02/24 | (129) | $136.25 | $17,576.02 |
| Sales | 04/15/24 | (53) | $134.83 | $7,145.85 |
| Sales | 04/16/24 | (150) | $135.76 | $20,363.70 |
| *Class Period sales that match to Class Period purchases:* | | *-1,426* | | *$168,302.09* |
| | | | | |
| | Shares Held: | 3,448 | $70.0231 | $241,439.65 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($97,066.96)** |

| | |
|---|---|
| Total Shares Bought: | 4,874 |
| Total Net Shares: | 3,398 |
| Total Net Expenditures: | ($332,020.60) |

| | |
|---|---|
| **AGGREGATE (ALL FUNDS) TOTAL LIFO (LOSS):** | **($316,582.66)** |

[1] *Value of shares held is the mean trading price from 07/26/24 - 10/21/24.*

**Exhibit B**
**Page 12**