**Exhibit E**

# DXCM LAWSUIT ALERT: Levi & Korsinsky Notifies DexCom, Inc. Investors of a Class Action Lawsuit and Upcoming Deadline



NEWS PROVIDED BY
**Levi & Korsinsky, LLP →**
Oct 11, 2024, 05:45 ET

NEW YORK, Oct. 11, 2024 /PRNewswire/ -- Levi & Korsinsky, LLP notifies investors in **DexCom, Inc.** ("DexCom" or the "Company") (NASDAQ: **DXCM**) of a class action securities lawsuit.

**CLASS DEFINITION:** The lawsuit seeks to recover losses on behalf of DexCom investors who were adversely affected by alleged securities fraud. This lawsuit is on behalf of all investors who: (i) purchased or otherwise acquired DexCom securities between January 8, 2024 to July 25, 2024, inclusive (the "Class Period") and/or (ii) sold DexCom put option contracts during the Class Period. Follow the link below to get more information and be contacted by a member of our team:

**https://zlk.com/pslra-1/dexcom-inc-lawsuit-submission-form?prid=107686&wire=4**

Exhibit E
Page 18

**DXCM** investors may also contact Joseph E. Levi, Esq. via email at **jlevi@levikorsinsky.com** or by telephone at (212) 363-7500.

**CASE DETAILS:** According to the complaint, on July 25, 2024, Dexcom announced its financial results for the second quarter of fiscal 2024 and reduced its revenue guidance for the full fiscal year 2024. The Company attributed its results and lowered guidance on their execution of "several key strategic initiatives" which "did not meet [their] high standards." Investors and analysts reacted immediately to DexCom's revelation. The price of DexCom's common stock declined dramatically. From a closing market price of $107.85 per share on July 25, 2024, DexCom's stock price fell to $64.00 per share on July 26, 2024, a decline of about 40.66% in the span of just a single day.

**WHAT'S NEXT?** If you suffered a loss in DexCom during the relevant time frame, you have until **October 21, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**NO COST TO YOU:** If you are a class member, you may be entitled to compensation without payment of any out-of-pocket costs or fees. **There is no cost or obligation to participate.**

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

**jlevi@levikorsinsky.com**

Tel: (212) 363-7500

Fax: (212) 363-7171

**www.zlk.com**

**Exhibit E
Page 19**

SOURCE Levi & Korsinsky, LLP

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

| **440k+**<br>Newsrooms &<br>Influencers | **9k+**<br>Digital Media<br>Outlets | **270k+**<br>Journalists<br>Opted In |

**Exhibit E**
**Page 20**