**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290

*Counsel for Proposed Lead Plaintiff DexCom Investor Group,*
*and Proposed Co-Lead Counsel for the Class*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ALONZO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEXCOM INC., KEVIN R. SAYER, and JEREME M. SYLVAIN,<br><br>Defendants. | Case No. 3:24-cv-01485-RSH-VET<br><br><u>CLASS ACTION</u><br>**NOTICE OF MOTION OF THE DEXCOM INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF CO-LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS**<br><br>DATE: November 25, 2024<br>TIME:  Per Chambers Rules, No Oral Argument Unless Separately Ordered By The Court<br>COURTROOM: 3B<br>JUDGE: Hon. Robert S. Huie |

*[caption continues on next page]*



OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

  v.

DEXCOM, INC., KEVIN R. SAYER, JEREME M. SYLVAIN, and SEAN CHRISTENSEN,

    Defendants.

Case No. 3:24-cv-01804-AJB-BLM

CLASS ACTION

MATTHEW CARNES, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

DEXCOM INC., KEVIN R. SAYER, and JEREME M. SYLVAIN,

    Defendants.

Case No. 3:24-cv-01809-RBM-DDL

CLASS ACTION

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 25, 2024, before the Honorable Robert S. Huie, at the United States District Court for the Southern District of California, located at the Edward J. Schwartz United States Courthouse, Courtroom 3B, 221 W. Broadway, San Diego, California 92101, Thilo Sautter, CUROS Vermögensverwaltungs GmbH, Gang Bao, Sunway Trading USA Inc., and the C-Liu Irrevocable Trust (together, the "DexCom Investor Group") will respectfully move this Court for entry of an Order: (1) appointing the DexCom Investor Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (2) approving its selection of Bleichmar Fonti & Auld LLP ("BFA") and Levi & Korsinsky, LLP ("L&K") to serve as Co-Lead Counsel for the purported Class; (3) consolidating the above-captioned securities class actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that the DexCom Investor Group believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the DexCom Investor Group believes it has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $3.1 million in losses as calculated under a first-in, first-out basis and last-in, first-out basis that it incurred on its investments in DexCom, Inc. securities during the Class Period. The DexCom Investor Group also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the putative Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Lesley E. Weaver and exhibits filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the DexCom Investor Group respectfully requests that the Court: (1) appoint it as Lead Plaintiff pursuant to the PSLRA; (2) approve its selection of BFA and L&K as Co-Lead Counsel for the proposed Class; (3) consolidate the Related Actions; and (4) grant any such further relief as the Court may deem just and proper.

Dated: October 21, 2024

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
Adam C. McCall (SBN 302130)
amccall@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

-and-

Javier Bleichmar (*pro hac vice* forthcoming)
jbleichmar@bfalaw.com
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960

-and-

Ross Shikowitz (*pro hac vice* forthcoming)
rshikowitz@bfalaw.com

2

75 Virginia Road
White Plains, New York 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*

Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Counsel for Proposed Lead Plaintiff DexCom Investor Group, and Proposed Co-Lead Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on October 21, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record registered in the CM/ECF system.

Executed on October 21, 2024, at Oakland, California.

/s/ Lesley E. Weaver
Lesley E. Weaver

4