**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290

*Counsel for Proposed Lead Plaintiff DexCom Investor Group,*
*and Proposed Co-Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ALONZO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEXCOM INC., KEVIN R. SAYER, and JEREME M. SYLVAIN,<br><br>Defendants. | Case No. 3:24-cv-01485-RSH-VET<br><br><u>CLASS ACTION</u><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF THE MOTION OF THE DEXCOM INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS** |

*[caption continues on next page]*

| | |
|---|---|
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JEREME M. SYLVAIN, and SEAN CHRISTENSEN,<br><br>Defendants. | Case No. 3:24-cv-01804-AJB-BLM<br><br>CLASS ACTION |
| MATTHEW CARNES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEXCOM INC., KEVIN R. SAYER, and JEREME M. SYLVAIN,<br><br>Defendants. | Case No. 3:24-cv-01809-RBM-DDL<br><br>CLASS ACTION |

I, Lesley E. Weaver, declare as follows:

1.     I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Bleichmar Fonti & Auld LLP ("BFA"), proposed Co-Lead Counsel for the Class. I submit this Declaration in support of the motion of the DexCom Investor Group for entry of an order: (1) appointing the DexCom Investor Group as Lead Plaintiff; (2) approving its selection of BFA and Levi & Korsinsky, LLP ("L&K") to serve as Co-Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting any such further relief as the Court may deem just and proper.

2.     Attached as Exhibits A-G are true and correct copies of the following documents:

Exhibit A:   Joint Declaration of Thilo Sautter and Gang Bao;

Exhibit B:   Notice of pendency of *Alonzo v. DexCom Inc.*, No. 3:24-cv-01485 (S.D. Cal.), published on August 21, 2024;

Exhibit C:   Notice of pendency of *Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association v. DexCom Inc.*, No. 3:24-cv-01804 (S.D. Cal.), published on October 8, 2024;

Exhibit D:   Certifications of the DexCom Investor Group;

Exhibit E:   Charts reflecting the financial interest of the DexCom Investor Group;

Exhibit F:   Firm Resume of BFA; and

Exhibit G:   Firm Resume of L&K.

DECLARATION OF LESLEY E. WEAVER
CASE NOS. 3:24-CV-01485-RSH-VET; 3:24-CV-01804-AJB-BLM; 3:24-CV-01809-RBM-DDL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of October 2024, at Oakland, California.


> /s/ Lesley E. Weaver
> Lesley E. Weaver

2

## <u>CERTIFICATE OF SERVICE</u>

I, Lesley E. Weaver, hereby certify that on October 21, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record registered in the CM/ECF system.

Executed on October 21, 2024, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

DECLARATION OF LESLEY E. WEAVER
CASE NOS. 3:24-CV-01485-RSH-VET; 3:24-CV-01804-AJB-BLM; 3:24-CV-01809-RBM-DDL