# EXHIBIT A

Docusign Envelope ID: 40EBEE5D-3C12-47E6-8EDA-851B6C710BBA

**JOINT DECLARATION OF THILO SAUTTER AND GANG BAO**

Docusign Envelope ID: 40FBEE5D-3C12-47E6-8EDA-851B6C710BBA

We, Thilo Sautter and Gang Bao, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      We respectfully submit this Joint Declaration on behalf of ourselves, CUROS Vermögensverwaltungs GmbH ("CUROS"), Sunway Trading USA Inc., and the C-Liu Irrevocable Trust, in support of our motion for appointment as Lead Plaintiff in the securities class actions against DexCom, Inc. ("DexCom" or the "Company").

2.      Each of us has personal knowledge about the information in this Joint Declaration to the extent it relates to each of us and our associated entities, respectively, and each of us could and would testify competently to the facts stated below.  We are informed of, understand, and accept the duties and requirements imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including the duties to select and retain counsel, oversee the vigorous and efficient prosecution of the action, and maximize the recovery for the Class.

3.      I, Thilo Sautter, am an experienced investor with significant knowledge of financial markets.  I am Director of CUROS, a limited liability company located in Ascheim, Germany, focused on protecting and providing financial guidance to private individuals and entrepreneurs.  In addition to my role as Director of CUROS, I am a Partner of the European private equity fund Cinven, Ltd., where I lead the fund's Portfolio team.  Previously, I was Managing Director at the global investment manager Investcorp.  Prior to Investcorp, I worked as a Financial Analyst with Morgan Stanley.  During my career, I gained significant experience overseeing counsel with respect to business litigation matters as well as collaborating with others and supervising employees and others reporting to me.

4.      I, Gang Bao, am an experienced investor with a background in international importing and exporting. Through my current business, Sunway Trading USA Inc., I buy and sell horses. Profits are invested through various investments that I then oversee and manage. I also

manage the investments of the C-Liu Irrevocable Trust, which is a family trust. I possess a Master of Business Administration degree and have approximately eight years of investing experience. I currently reside in Irvine, California.

5.    We made significant investments in DexCom securities.  We are highly motivated to recover the significant losses we suffered as result of Defendants' alleged violations of the federal securities laws.  We therefore agree that this case should be prosecuted by investors with a financial interest substantial enough to ensure that the case is litigated vigorously, efficiently, and in the best interests of the Class.  We also believe that in a case of this magnitude and significance, the Class would benefit from the sharing of experience and resources, as well as the diversity of representation and viewpoints, that we serving together as Lead Plaintiff would provide to the Class.

6.    We have the resources, time, wherewithal, and desire to closely oversee the prosecution of this action, see it through to its complete resolution, and achieve the best possible result for DexCom investors.

7.    For these reasons, among others, we have determined that we can best protect the Class and advance its interests by joining together to seek appointment as Lead Plaintiff.

8.    We believe that DexCom and the other Defendants violated the federal securities laws.  We contacted our respective counsel, Bleichmar Fonti & Auld LLP ("BFA") and Levi & Korsinsky, LLP ("L&K"), to inquire about the merits of the action as well as the potential to serve as Lead Plaintiff.  We consulted with BFA and L&K to assess our respective financial interests at issue in this case, the amount of money the Class may have lost as a whole, the strength of the claims against Defendants, and proposed litigation strategy, among other things.  Through the course of our consultation with BFA and L&K, we learned that other investors were in consultation

2

about the case and we each expressed an interest in working together with other likeminded investors in seeking joint Lead Plaintiff appointment.

9.    After multiple telephone and email communications with BFA and L&K, and based on our respective beliefs that the merits of this case are strong and the substantial losses we each suffered, we each decided to seek joint appointment as Lead Plaintiff. We selected BFA and L&K to represent us and to serve the Class as the proposed Lead Counsel if we are appointed Lead Plaintiff. Based on our review of BFA and L&K's credentials and communications with its attorneys, we believe the firms will provide DexCom investors with the best possible representation and will litigate this case vigorously, efficiently, and without unnecessary duplication of work or costs. We understand that these attorneys have experience litigating this type of case and have the resources to litigate this action successfully.

10.    Prior to filing our motion, we participated in a joint conference call to discuss our commitment to jointly overseeing counsel and prosecuting this litigation in the best interest of the Class; the facts at issue in this case; the strength of the claims against Defendants, the size of our respective losses; the strategy for prosecuting the action; the benefits that the Class would receive from the leadership of a small coordinated group of investors; our interests in prosecuting the case in a collaborative and likeminded manner; and the actions we have taken and will continue to take to continue to ensure that the Class's claims will be zealously and efficiently litigated. We also discussed that serving as part of a lead plaintiff group can have a positive effect on representation provided to absent Class members through the sharing of experience and resources.

11.    We understand the importance of joint decision-making informed by our own perspectives, free and open communication, and have the ability to discuss this matter both with and without counsel so that we are able to make timely decisions on short notice. We intend to

3

communicate with counsel, and with each other separately from counsel, as often as necessary to discuss major litigation developments and to ensure the vigorous and efficient prosecution of the action. Given our common goals and incentives to maximize the potential recovery in this case, we do not envision having any dispute relating to the oversight of this action. However, in the unlikely event that any such disputes arise, we plan to engage in thorough discussion with each other and our counsel to come to a resolution and, if ever the unlikely scenario should arise in which we cannot come to a joint resolution, we agree that the group member with the larger financial interest in the action will ultimately have discretion.

12. We are also familiar with the experience, resources, and qualifications of BFA and L&K, and are aware that they are accomplished law firms that have achieved significant recoveries for investors in courts throughout the country.

13. We are committed to satisfying the fiduciary obligations that we would assume if appointed Lead Plaintiff, including conferring with our attorneys regarding the strategy for prosecuting this case and other matters, being present at depositions, trial, and other proceedings or hearings as needed, reviewing and authorizing the filing of important litigation documents, and analyzing and authorizing any potential settlement. Through these and other measures, we will ensure and hereby reaffirm that this action will be vigorously and efficiently litigated consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interest of the Class.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on____10/21/2024____

DocuSigned by:

*Thilo Sautter*
_____
2694DECC922541C...

Thilo Sautter, Individually and on behalf of
CUROS Vermögensverwaltungs GmbH ("CUROS")

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge.

Executed on ___10/21/2024___

DocuSigned by:

_Gang Bao_
0006ABC0FA904A0...

Gang Bao, Individually and on behalf of
Sunway Trading USA Inc. and the C-Liu Irrevocable Trust