# EXHIBIT C

# Bloomberg

News Story

10/08/2024    21:10:00 [BUS] Business Wire

**Labaton Keller Sucharow LLP Announces Expanded Securities Class Action Lawsuit Filed Against DexCom, Inc. and Certain Executives**

Business Wire

**NEW YORK –– October 8, 2024**

Labaton Keller Sucharow LLP ("Labaton") announces that, on October 8, 2024, it filed a securities class action lawsuit (the "Complaint") on behalf of its clients Oakland County Employees' Retirement System and Oakland County Voluntary Employees' Beneficiary Association (the "Oakland County Funds") against DexCom, Inc. ("DexCom" or the "Company") (NASDAQ: DXCM) and certain DexCom officers (collectively, "Defendants"). The action, which is captioned *Oakland County Employees' Retirement System v. DexCom, Inc.* , No. 24–cv–01804–AJB–BLM (S.D. Cal. Oct. 8, 2024) asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and U.S. Securities and Exchange Commission Rule 10b–5 promulgated thereunder, on behalf of all persons or entities who purchased or otherwise acquired DexCom securities between April 28, 2023 and July 25, 2024, inclusive (the "Class Period").

The Complaint expands upon the related action against DexCom captioned *Alonzo v. DexCom Inc.*, No. 24–cv–01485 (S.D. Cal. Aug. 21, 2024) (the "First Action") by extending the initial class period of January 8, 2024 to July 25, 2024 in the First Action to an expanded Class Period of April 28, 2023 to July 25, 2024 in the newly filed Complaint. The Complaint also adds Sean Christensen, DexCom's Vice President of Finance and Investor Relations, as a named defendant.

Pursuant to the notice published on August 21, 2024, in connection with the filing of the First Complaint, as required by the Private Securities Litigation Reform Act of 1995, investors wishing to serve as Lead Plaintiff in these related securities actions pending against Defendants are required to file a motion for appointment as Lead Plaintiff by no later than **October 21, 2024**.

DexCom, headquartered in San Diego, California, is a medical device company that manufactures continuous glucose monitoring systems for diabetes management.

The Complaint expands on the fraud claims in the First Action. Specifically, the Complaint alleges that Defendants intentionally or recklessly misled investors by failing to disclose that: (a) DexCom's sales force expansion strategy was causing slow customer growth; (b) DexCom's sales force expansion strategy was undermining relationships with durable medical equipment ("DME") distributors, its largest sales channel, leading to lower–margin revenue; (c) DexCom's deteriorating relationships with DME distributors were causing the Company to lose significant market share to competitors; and (d) as a result of the foregoing, DexCom's Class Period statements about its business, operations, and prospects were false and misleading.

Investors began to learn about problems with DexCom's sales force expansion on April 25, 2024, when Defendants revealed that the Company had to further realign its salesforce. Despite these issues, DexCom increased its 2024 sales forecast. On this news, DexCom's stock price *declined $13.67, or 9.9 percent*, to close at $124.34 per share on April 26, 2024.

Then, on July 25, 2024, DexCom reported lower–than–expected sales for the second quarter of 2024 and cut its 2024 sales forecast. Defendants attributed DexCom's weak results and reduced guidance to slower–than–expected

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the ("BFLP Countries"). BFLP is a wholly–owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non–BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

**Bloomberg**                                                                    News Story

new customer growth in the DME channel, where the Company lost market share. Defendants further acknowledged its sales force realignment and expansion was "disruptive" and had eroded DexCom's relationships with DME channel partners. On this news, DexCom's stock price ***dropped $43.85, or 40.7 percent***, to close at $64.00 per share on July 26, 2024.

If you purchased or acquired DexCom securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **October 21, 2024**. The Lead Plaintiff is a court–appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact William Schervish, Esq., of Labaton at (212) 907–0886 or via email at wschervish@labaton.com. You can view a copy of the Complaint online here.

The Oakland County Funds are represented by Labaton Keller Sucharow, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $3.5 trillion. Labaton Keller Sucharow's litigation reputation is built on its more than 60 years of securities litigation experience, more than 90 full–time attorneys, and in–house team of investigators, financial analysts, and forensic accountants. Labaton Keller Sucharow has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, Delaware, London, and Washington, D.C. More information about Labaton Keller Sucharow is available at labaton.com.

View source version on businesswire.com:  https://www.businesswire.com/news/home/20241008911951/en/

**Contact:**
William Schervish, Esq.
Labaton Keller Sucharow LLP
(212) 907–0886
wschervish@labaton.com

–0– Oct/09/2024 01:10 GMT

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly–owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non–BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.