# EXHIBIT D

## CERTIFICATION

I, Thilo Sautter, hereby certify as follows:

1.    I have reviewed a class action complaint filed against DexCom, Inc. ("DexCom") and others alleging violations of the federal securities laws.

2.    I did not purchase or sell securities of DexCom at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.    I am willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

4.    My transactions in the DexCom securities that are the subject of this litigation during the Class Period are reflected in Schedule A, attached hereto.

5.    I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

6.    Beyond my *pro rata* share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 9/23/2024

DocuSigned by:

*Thilo Sautter*

2694DECC922541C...

Thilo Sautter

1

## SCHEDULE A
TRANSACTIONS IN
DEXCOM INC

COMMON STOCK

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 07/25/2024 | 2,800.00 | 125.00 | ($350,000.00) |

DXCM 1/17/2025 $90.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 09/22/2023 | -49.00 | 15.80 | $77,420.00 |
| Sale | 09/22/2023 | -1.00 | 15.80 | $1,580.00 |

DXCM 3/15/2024 $85.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 09/22/2023 | -100.00 | 8.30 | $83,000.00 |

DXCM 5/17/2024 $155.00 CALLS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 01/08/2024 | -116.00 | 5.30 | $61,480.00 |
| Sale | 01/08/2024 | -4.00 | 5.50 | $2,200.00 |

DXCM 9/20/2024 $125.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 04/12/2024 | -100.00 | 8.00 | $80,000.00 |

Docusign Envelope ID: 55439236-B665-414D-ABD0-C8DCCF6598D9

## CERTIFICATION

I, Thilo Sautter, on behalf of CUROS Vermögensverwaltungs GmbH ("CUROS"), as Director of CUROS, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of CUROS.

2. I have reviewed a complaint filed against DexCom, Inc. ("DexCom") and others alleging violations of the federal securities laws.

3. CUROS did not purchase or sell securities of DexCom at the direction of counsel in order to participate in any private action under the federal securities laws.

4. CUROS is willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary. CUROS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

5. CUROS's transactions in the DexCom securities that are the subject of this litigation during the Class Period are reflected in Schedule A, attached hereto.

6. CUROS has not sought to serve as a representative party in a class action filed under the federal securities laws during the last three years.

7. Beyond its *pro rata* share of any recovery, CUROS will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

1

Docusign Envelope ID: 55439236-B665-414D-ABD0-C8DCCF6598D9

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 9/23/2024

DocuSigned by:

*Thilo Sautter*

2094DECC922541C...

Thilo Sautter
Director
*CUROS Vermögensverwaltungs GmbH*

2

**SCHEDULE A**
TRANSACTIONS IN
DEXCOM INC

COMMON STOCK

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 07/25/2024 | 3,800.00 | 110.00 | ($418,000.00) |

DXCM 1/16/2026 $100.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 06/25/2024 | -150.00 | 12.50 | $187,500.00 |

DXCM 1/17/2025 $100.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 06/05/2024 | -150.00 | 5.30 | $79,500.00 |

DXCM 11/15/2024 $110.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 02/13/2024 | -100.00 | 10.20 | $102,000.00 |

DXCM 3/15/2024 $105.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 12/20/2023 | -150.00 | 4.20 | $63,000.00 |

DXCM 5/17/2024 $110.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 02/06/2024 | -120.00 | 5.10 | $61,200.00 |

DXCM 5/17/2024 $70.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 10/05/2023 | -100.00 | 6.00 | $60,000.00 |
| Sale | 10/11/2023 | -100.00 | 7.00 | $70,000.00 |

DXCM 6/20/2025 $100.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 06/05/2024 | -100.00 | 8.39 | $83,870.00 |

DXCM 9/20/2024 $110.00 PUTS

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 02/09/2024 | -100.00 | 8.00 | $80,000.00 |
| Assignment | 07/25/2024 | 38.00 | N/A | N/A |

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Gang Bao, duly certify and say, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed a complaint filed in the action and adopt its allegations.

2.      I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this action.

3.      I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in DexCom Inc., which are the subject of this litigation, during the class period set forth in the complaint are set forth in the chart attached hereto.

5.      Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2024.

*Gang Bao*
Gang Bao (Oct 7, 2024 16:34 PDT)

Gang Bao

Individual

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 7/25/2024 | Sell to Open | -100 | CALL DEXCOM INC $125 EXP 07/26/24 | $1.00 |
| 7/25/2024 | Sell to Open | -100 | CALL DEXCOM INC $126 EXP 07/26/24 | $0.85 |
| 7/25/2024 | Sell to Open | -100 | PUT DEXCOM INC $92 EXP 07/26/24 | $0.48 |
| 7/25/2024 | Sell to Open | -100 | PUT DEXCOM INC $92 EXP 07/26/24 | $0.55 |
| 7/25/2024 | Sell to Open | -100 | PUT DEXCOM INC $90 EXP 07/26/24 | $0.41 |
| 7/25/2024 | Sell to Open | -100 | CALL DEXCOM INC $130 EXP 07/26/24 | $0.55 |
| 7/25/2024 | Sell to Open | -100 | PUT DEXCOM INC $88 EXP 07/26/24 | $0.30 |
| 7/25/2024 | Sell to Open | -5 | CALL DEXCOM INC $140 EXP 08/02/24 | $0.35 |
| 7/25/2024 | Sell to Open | -95 | CALL DEXCOM INC $140 EXP 08/02/24 | $0.30 |

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Gang Bao, as owner of Sunway Trading USA Inc. ("Plaintiff"), duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I am authorized to act in all respects on behalf of Plaintiff in connection with this lawsuit.

2. I have reviewed a complaint filed in the action and adopt its allegations.

3. Plaintiff did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this action.

4. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. Plaintiff's transaction(s) in DexCom, Inc. which are the subject of this litigation, during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor has it served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2024.

_Gang Bao_
Gang Bao (Oct 7, 2024 16:34 PDT)

Gang Bao, Owner
Sunway Trading USA Inc.

Sunway Trading USA Inc.

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 7/25/2024 | P | 300 | $ 97.0000 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 7/25/2024 | Sell to Open | -10 | CALL DEXCOM INC $127 EXP 07/26/24 | $0.63 |
| 7/25/2024 | Sell to Open | -10 | CALL DEXCOM INC $123 EXP 07/26/24 | $1.17 |
| 7/25/2024 | Sell to Open | -10 | CALL DEXCOM INC $123 EXP 07/26/24 | $1.25 |
| 7/25/2024 | Sell to Open | -10 | PUT DEXCOM INC $97 EXP 07/26/24 | $0.59 |
| 7/25/2024 | Sell to Open | -10 | PUT DEXCOM INC $97 EXP 07/26/24 | $0.82 |
| 7/25/2024 | Assigned | 3 | PUT DEXCOM INC $97 EXP 07/26/24 | $0.00 |
| 7/25/2024 | Sell to Open | -10 | PUT DEXCOM INC $94 EXP 07/26/24 | $0.30 |

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Gang Bao, as Trustee of the C-Liu Irrevocable Trust ("Plaintiff"), duly certify and say,

as to the claims asserted under the federal securities laws, that:

1.     I am authorized to act in all respects on behalf of the C-Liu Irrevocable Trust in connection with this lawsuit.

2.     I have reviewed a complaint filed in the action and adopt its allegations.

3.     Plaintiff did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this action.

4.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.     Plaintiff's transaction(s) in DexCom Inc. which are the subject of this litigation, during the class period set forth in the complaint are set forth in the chart attached hereto.

6.     Within the last 3 years, I have not sought to serve nor has it served as a class representative in any federal securities fraud case.

7.     I will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

October 7, 2024.


_Gang Bao_
Gang Bao (Oct 7, 2024 16:34 PDT)

Gang Bao, Trustee
C-Liu Irrevocable Trust

C-Liu Irrevocable Trust

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 7/25/2024 | P | 300 | $ 94.0000 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 7/25/2024 | Sell to Open | -100 | CALL DEXCOM INC $128 EXP 07/26/24 | $0.50 |
| 7/25/2024 | Sell to Open | -100 | PUT DEXCOM INC $94 EXP 07/26/24 | $0.40 |
| 7/25/2024 | Assigned | 3 | PUT DEXCOM INC $94 EXP 07/26/24 | $0.00 |