# EXHIBIT E

Case 3:24-cv-01485-RSH-VET    Document 10-7    Filed 10/21/24    PageID.338    Page 1 of 7

**Financial Interest Analysis for DexCom Investor Group**
**Class Period: April 28, 2023 - July 25, 2024**

**FIFO/LIFO Analysis - Dexcom, Inc.**

**Common Stock - CUROS Vermögensverwaltungs GmbH**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Shares Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Purchase[1] | 7/25/2024 | 3,800.00 | $110.0000 | ($418,000.00) Retained[2] | | | 3,800.00 | $70.0231 | $266,087.81 | ($151,912.19) |
| Purchase[1] | 7/26/2024 | 900.00 | $110.0000 | ($99,000.00) Retained[2] | | | 900.00 | $70.0231 | $63,020.80 | ($35,979.20) |
| Purchase[1] | 7/26/2024 | 7,800.00 | $110.0000 | ($858,000.00) Retained[2] | | | 7,800.00 | $70.0231 | $546,180.24 | ($311,819.76) |
| Purchase[1] | 7/29/2024 | 4,300.00 | $110.0000 | ($473,000.00) Retained[2] | | | 4,300.00 | $70.0231 | $301,099.37 | ($171,900.63) |
| Purchase[1] | 7/31/2024 | 1,000.00 | $110.0000 | ($110,000.00) Retained[2] | | | 1,000.00 | $70.0231 | $70,023.11 | ($39,976.89) |
| Purchase[1] | 8/15/2024 | 1,600.00 | $110.0000 | ($176,000.00) Retained[2] | | | 1,600.00 | $70.0231 | $112,036.97 | ($63,963.03) |
| Purchase[1] | 8/22/2024 | 400.00 | $110.0000 | ($44,000.00) Retained[2] | | | 400.00 | $70.0231 | $28,009.24 | ($15,990.76) |
| Purchase[1] | 8/29/2024 | 200.00 | $110.0000 | ($22,000.00) Retained[2] | | | 200.00 | $70.0231 | $14,004.62 | ($7,995.38) |
| | | **20,000.00** | | **($2,200,000.00)** | | | **20,000.00** | | **$1,400,462.16** | **($799,537.84)** |

**Common Stock - CUROS Vermögensverwaltungs GmbH Gain / (Loss) (FIFO/LIFO) :** **($799,537.84)**

**DXCM 3/15/2024 $105.00 PUTS - CUROS Vermögensverwaltungs GmbH**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Expired | 3/15/2024 | 150.00 | n/a | | n/a Sale | 12/20/2023 | -150.00 | $4.2000 | $63,000.00 | $63,000.00 |
| | | **150.00** | | **n/a** | | | **-150.00** | | **$63,000.00** | **$63,000.00** |

**DXCM 3/15/2024 $105.00 PUTS - CUROS Vermögensverwaltungs GmbH Gain / (Loss) (FIFO/LIFO) :** **$63,000.00**

**DXCM 5/17/2024 $70.00 PUTS - CUROS Vermögensverwaltungs GmbH**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Expired | 5/17/2024 | 100.00 | n/a | | n/a Sale | 10/5/2023 | -100.00 | $6.0000 | $60,000.00 | $60,000.00 |
| Expired | 5/17/2024 | 100.00 | n/a | | n/a Sale | 10/11/2023 | -100.00 | $7.0000 | $70,000.00 | $70,000.00 |
| | | **200.00** | | **n/a** | | | **-200.00** | | **$130,000.00** | **$130,000.00** |

**DXCM 5/17/2024 $70.00 PUTS - CUROS Vermögensverwaltungs GmbH Gain / (Loss) (FIFO/LIFO) :** **$130,000.00**

**DXCM 5/17/2024 $110.00 PUTS - CUROS Vermögensverwaltungs GmbH**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Expired | 5/17/2024 | 120.00 | n/a | | n/a Sale | 2/6/2024 | -120.00 | $5.1000 | $61,200.00 | $61,200.00 |
| | | **120.00** | | **n/a** | | | **-120.00** | | **$61,200.00** | **$61,200.00** |

**DXCM 5/17/2024 $110.00 PUTS - CUROS Vermögensverwaltungs GmbH Gain / (Loss) (FIFO/LIFO) :** **$61,200.00**

**DXCM 9/20/2024 $110.00 PUTS - CUROS Vermögensverwaltungs GmbH**

| Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Assignment | 7/25/2024 | 38.00 | n/a | | n/a Sale | 2/9/2024 | -38.00 | $8.0000 | $30,400.00 | $30,400.00 |
| Assignment | 7/26/2024 | 9.00 | n/a | | n/a Sale | 2/9/2024 | -9.00 | $8.0000 | $7,200.00 | $7,200.00 |
| Assignment | 7/29/2024 | 43.00 | n/a | | n/a Sale | 2/9/2024 | -43.00 | $8.0000 | $34,400.00 | $34,400.00 |
| Assignment | 7/31/2024 | 10.00 | n/a | | n/a Sale | 2/9/2024 | -10.00 | $8.0000 | $8,000.00 | $8,000.00 |
| | | **100.00** | | **n/a** | | | **-100.00** | | **$80,000.00** | **$80,000.00** |

**DXCM 9/20/2024 $110.00 PUTS - CUROS Vermögensverwaltungs GmbH Gain / (Loss) (FIFO/LIFO) :** **$80,000.00**

**DXCM 11/15/2024 $110.00 PUTS - CUROS Vermögensverwaltungs GmbH**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Assignment | 7/26/2024 | 78.00 | n/a | n/a | Sale | 2/13/2024 | -78.00 | $10.2000 | $79,560.00 | $79,560.00 |
| Assignment | 8/15/2024 | 16.00 | n/a | n/a | Sale | 2/13/2024 | -16.00 | $10.2000 | $16,320.00 | $16,320.00 |
| Assignment | 8/22/2024 | 4.00 | n/a | n/a | Sale | 2/13/2024 | -4.00 | $10.2000 | $4,080.00 | $4,080.00 |
| Assignment | 8/29/2024 | 2.00 | n/a | n/a | Sale | 2/13/2024 | -2.00 | $10.2000 | $2,040.00 | $2,040.00 |
| | | **100.00** | | **n/a** | | | **-100.00** | | **$102,000.00** | **$102,000.00** |

DXCM 11/15/2024 $110.00 PUTS - CUROS Vermögensverwaltungs GmbH Gain / (Loss) (FIFO/LIFO) :   **$102,000.00**

**DXCM 1/17/2025 $100.00 PUTS - CUROS Vermögensverwaltungs GmbH**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Retained [2] | | -150.00 | $30.5745 | ($458,618.18) | Sale | 6/5/2024 | -150.00 | $5.3000 | $79,500.00 | ($379,118.18) |
| | | **-150.00** | | **($458,618.18)** | | | **-150.00** | | **$79,500.00** | **($379,118.18)** |

DXCM 1/17/2025 $100.00 PUTS - CUROS Vermögensverwaltungs GmbH Gain / (Loss) (FIFO/LIFO) :   **($379,118.18)**

**DXCM 6/20/2025 $100.00 PUTS - CUROS Vermögensverwaltungs GmbH**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Retained [2] | | -100.00 | $33.8643 | ($338,642.86) | Sale | 6/5/2024 | -100.00 | $8.3870 | $83,870.00 | ($254,772.86) |
| | | **-100.00** | | **($338,642.86)** | | | **-100.00** | | **$83,870.00** | **($254,772.86)** |

DXCM 6/20/2025 $100.00 PUTS - CUROS Vermögensverwaltungs GmbH Gain / (Loss) (FIFO/LIFO) :   **($254,772.86)**

**DXCM 1/16/2026 $100.00 PUTS - CUROS Vermögensverwaltungs GmbH**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Retained [2] | | -150.00 | $35.1270 | ($526,905.00) | Sale | 6/25/2024 | -150.00 | $12.5000 | $187,500.00 | ($339,405.00) |
| | | **-150.00** | | **($526,905.00)** | | | **-150.00** | | **$187,500.00** | **($339,405.00)** |

DXCM 1/16/2026 $100.00 PUTS - CUROS Vermögensverwaltungs GmbH Gain / (Loss) (FIFO/LIFO) :   **($339,405.00)**

Total - CUROS Vermögensverwaltungs GmbH Gain / (Loss) (FIFO/LIFO) :   **($1,336,633.88)**

**Common Stock - Thilo Sautter**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 30,000.00 | | | Sale[3] | 10/15/2024 | -30,000.00 | $69.9468 | $2,098,405.05 | $2,098,405.05 |
| **Shares Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Purchase[1] | 7/25/2024 | 2,800.00 | $125.0000 | ($350,000.00) | Sale[3] | 10/15/2024 | -2,800.00 | $69.9468 | $195,851.14 | ($154,148.86) |
| Purchase[1] | 7/26/2024 | 3,500.00 | $125.0000 | ($437,500.00) | Sale[3] | 10/15/2024 | -3,500.00 | $69.9468 | $244,813.92 | ($192,686.08) |
| Purchase[1] | 7/29/2024 | 2,500.00 | $125.0000 | ($312,500.00) | Sale[3] | 10/15/2024 | -2,500.00 | $69.9468 | $174,867.09 | ($137,632.91) |
| Purchase[1] | 7/30/2024 | 200.00 | $125.0000 | ($25,000.00) | Sale[3] | 10/15/2024 | -200.00 | $69.9468 | $13,989.37 | ($11,010.63) |
| Purchase[1] | 7/31/2024 | 700.00 | $125.0000 | ($87,500.00) | Sale[3] | 10/15/2024 | -700.00 | $69.9468 | $48,962.78 | ($38,537.22) |
| Purchase[1] | 8/1/2024 | 300.00 | $125.0000 | ($37,500.00) | Sale[3] | 10/15/2024 | -300.00 | $69.9468 | $20,984.05 | ($16,515.95) |
| | | **10,000.00** | | **($1,250,000.00)** | | | **-10,000.00** | | **$699,468.35** | **($550,531.65)** |

Common Stock - Thilo Sautter Gain / (Loss) (FIFO/LIFO) :   **($550,531.65)**

**DXCM 3/15/2024 $85.00 PUTS - Thilo Sautter**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Expired | 3/15/2024 | 100.00 | n/a | | n/a Sale | 9/22/2023 | -100.00 | $8.3000 | $83,000.00 | $83,000.00 |
| | | **100.00** | | | **n/a** | | **-100.00** | | **$83,000.00** | **$83,000.00** |

DXCM 3/15/2024 $85.00 PUTS - Thilo Sautter Gain / (Loss) (FIFO/LIFO) :     **$83,000.00**

**DXCM 5/17/2024 $155.00 CALLS - Thilo Sautter**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Expired | 5/17/2024 | 116.00 | n/a | | n/a Sale | 1/8/2024 | -116.00 | $5.3000 | $61,480.00 | $61,480.00 |
| Expired | 5/17/2024 | 4.00 | n/a | | n/a Sale | 1/8/2024 | -4.00 | $5.5000 | $2,200.00 | $2,200.00 |
| | | **120.00** | | | **n/a** | | **-120.00** | | **$63,680.00** | **$63,680.00** |

DXCM 5/17/2024 $155.00 CALLS - Thilo Sautter Gain / (Loss) (FIFO/LIFO) :     **$63,680.00**

**DXCM 6/21/2024 $85.00 PUTS - Thilo Sautter**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Expired | 6/21/2024 | 50.00 | n/a | | n/a Sale | 9/22/2023 | -50.00 | $10.2000 | $51,000.00 | $51,000.00 |
| | | **50.00** | | | **n/a** | | **-50.00** | | **$51,000.00** | **$51,000.00** |

DXCM 6/21/2024 $85.00 PUTS - Thilo Sautter Gain / (Loss) (FIFO/LIFO) :     **$51,000.00**

**DXCM 9/20/2024 $125.00 PUTS - Thilo Sautter**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Assignment | 7/26/2024 | 28.00 | n/a | | n/a Sale | 4/12/2024 | -28.00 | $8.0000 | $22,400.00 | $22,400.00 |
| Assignment | 7/29/2024 | 35.00 | n/a | | n/a Sale | 4/12/2024 | -35.00 | $8.0000 | $28,000.00 | $28,000.00 |
| Assignment | 7/30/2024 | 25.00 | n/a | | n/a Sale | 4/12/2024 | -25.00 | $8.0000 | $20,000.00 | $20,000.00 |
| Assignment | 7/31/2024 | 2.00 | n/a | | n/a Sale | 4/12/2024 | -2.00 | $8.0000 | $1,600.00 | $1,600.00 |
| Assignment | 8/1/2024 | 7.00 | n/a | | n/a Sale | 4/12/2024 | -7.00 | $8.0000 | $5,600.00 | $5,600.00 |
| Assignment | 8/2/2024 | 3.00 | n/a | | n/a Sale | 4/12/2024 | -3.00 | $8.0000 | $2,400.00 | $2,400.00 |
| | | **100.00** | | | **n/a** | | **-100.00** | | **$80,000.00** | **$80,000.00** |

DXCM 9/20/2024 $125.00 PUTS - Thilo Sautter Gain / (Loss) (FIFO/LIFO) :     **$80,000.00**

**DXCM 1/17/2025 $90.00 PUTS - Thilo Sautter**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Retained [2] | | -49.00 | $21.7000 | ($106,330.00) Sale | | 9/22/2023 | -49.00 | $15.8000 | $77,420.00 | ($28,910.00) |
| Retained [2] | | -1.00 | $21.7000 | ($2,170.00) Sale | | 9/22/2023 | -1.00 | $15.8000 | $1,580.00 | ($590.00) |
| | | **-50.00** | | **($108,500.00)** | | | **-50.00** | | **$79,000.00** | **($29,500.00)** |

DXCM 1/17/2025 $90.00 PUTS - Thilo Sautter Gain / (Loss) (FIFO/LIFO) :     **($29,500.00)**

Total- Thilo Sautter Gain / (Loss) (FIFO/LIFO) :     **($302,351.65)**

**Common Stock - C-Liu Irrevocable Trust**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |

**Contracts Purchased and Sold/Retained During the Class Period**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase[1] | 7/25/2024 | 300.00 | $94.0000 | ($28,200.00) | Retained [2] | | 300.00 | $70.0231 | $21,006.93 | ($7,193.07) |
| | | **300.00** | | **($28,200.00)** | | | **300.00** | | **$21,006.93** | **($7,193.07)** |

Common Stock - C-Liu Irrevocable Trust Gain / (Loss) (FIFO/LIFO) : **($7,193.07)**

**DXCM 7/26/2024 $128.00 CALLS - C-Liu Irrevocable Trust**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |

**Contracts Purchased and Sold/Retained During the Class Period**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase[4] | 7/26/2024 | 100.00 | $0.0100 | ($100.00) | Sale | 7/25/2024 | -100.00 | $0.5000 | $5,000.00 | $4,900.00 |
| | | **100.00** | | **($100.00)** | | | **-100.00** | | **$5,000.00** | **$4,900.00** |

DXCM 7/26/2024 $128.00 CALLS - C-Liu Irrevocable Trust Gain / (Loss) (FIFO/LIFO) : **$4,900.00**

**DXCM 7/26/2024 $94.00 PUTS - C-Liu Irrevocable Trust**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |

**Contracts Purchased and Sold/Retained During the Class Period**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Assignment | 7/25/2024 | 3.00 | n/a | n/a | Sale | 7/25/2024 | -3.00 | $0.4000 | $120.00 | $120.00 |
| Purchase[4] | 7/26/2024 | 97.00 | $29.5500 | ($286,635.00) | Sale | 7/25/2024 | -97.00 | $0.4000 | $3,880.00 | ($282,755.00) |
| | | **100.00** | | **($286,635.00)** | | | **-100.00** | | **$4,000.00** | **($282,635.00)** |

DXCM 7/26/2024 $94.00 PUTS - C-Liu Irrevocable Trust Gain / (Loss) (FIFO/LIFO) : **($282,635.00)**

Total - C-Liu Irrevocable Trust Gain / (Loss) (FIFO/LIFO) : **($284,928.07)**

**Common Stock - Sunway Trading USA Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |

**Contracts Purchased and Sold/Retained During the Class Period**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase[1] | 7/25/2024 | 300.00 | $97.0000 | ($29,100.00) | Retained [2] | | 300.00 | $70.0231 | $21,006.93 | ($8,093.07) |
| | | **300.00** | | **($29,100.00)** | | | **300.00** | | **$21,006.93** | **($8,093.07)** |

Common Stock - Sunway Trading USA Inc. Gain / (Loss) (FIFO/LIFO) : **($8,093.07)**

**DXCM 7/26/2024 $127.00 CALLS - Sunway Trading USA Inc.**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |

**Contracts Purchased and Sold/Retained During the Class Period**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Expired | 7/26/2024 | 10.00 | n/a | n/a | Sale | 7/25/2024 | -10.00 | $0.6300 | $630.00 | $630.00 |
| | | **10.00** | | **n/a** | | | **-10.00** | | **$630.00** | **$630.00** |

DXCM 7/26/2024 $127.00 CALLS - Sunway Trading USA Inc. Gain / (Loss) (FIFO/LIFO) : **$630.00**

**DXCM 7/26/2024 $123.00 CALLS - Sunway Trading USA Inc.**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |

**Contracts Purchased and Sold/Retained During the Class Period**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Expired | 7/26/2024 | 10.00 | n/a | n/a | Sale | 7/25/2024 | -10.00 | $1.1700 | $1,170.00 | $1,170.00 |
| Expired | 7/26/2024 | 10.00 | n/a | n/a | Sale | 7/25/2024 | -10.00 | $1.2500 | $1,250.00 | $1,250.00 |
| | | **20.00** | | **n/a** | | | **-20.00** | | **$2,420.00** | **$2,420.00** |

DXCM 7/26/2024 $123.00 CALLS - Sunway Trading USA Inc. Gain / (Loss) (FIFO/LIFO) : **$2,420.00**

**DXCM 7/26/2024 $97.00 PUTS - Sunway Trading USA Inc.**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Assignment | 7/25/2024 | 3.00 | n/a | | n/a Sale | 7/25/2024 | -3.00 | $0.5900 | $177.00 | $177.00 |
| Purchase[4] | 7/26/2024 | 7.00 | $33.2400 | ($23,268.00) | Sale | 7/25/2024 | -7.00 | $0.5900 | $413.00 | ($22,855.00) |
| Purchase[4] | 7/26/2024 | 10.00 | $33.2400 | ($33,240.00) | Sale | 7/25/2024 | -10.00 | $0.8200 | $820.00 | ($32,420.00) |
| | | **20.00** | | **($56,508.00)** | | | **-20.00** | | **$1,410.00** | **($55,098.00)** |

DXCM 7/26/2024 $97.00 PUTS - Sunway Trading USA Inc. Gain / (Loss) (FIFO/LIFO) : **($55,098.00)**

**DXCM 7/26/2024 $94.00 PUTS - Sunway Trading USA Inc.**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Purchase[4] | 7/26/2024 | 10.00 | $30.1100 | ($30,110.00) | Sale | 7/25/2024 | -10.00 | $0.3000 | $300.00 | ($29,810.00) |
| | | **10.00** | | **($30,110.00)** | | | **-10.00** | | **$300.00** | **($29,810.00)** |

DXCM 7/26/2024 $94.00 PUTS - Sunway Trading USA Inc. Gain / (Loss) (FIFO/LIFO) : **($29,810.00)**

Total - Sunway Trading USA Inc. Gain / (Loss) (FIFO/LIFO) : **($89,951.07)**

**DXCM 7/26/2024 $125.00 CALLS - Gang Bao**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Expired | 7/26/2024 | 100.00 | n/a | | n/a Sale | 7/25/2024 | -100.00 | $1.0000 | $10,000.00 | $10,000.00 |
| | | **100.00** | | | **n/a** | | **-100.00** | | **$10,000.00** | **$10,000.00** |

DXCM 7/26/2024 $125.00 CALLS - Gang Bao Gain / (Loss) (FIFO/LIFO) : **$10,000.00**

**DXCM 7/26/2024 $126.00 CALLS - Gang Bao**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Expired | 7/26/2024 | 100.00 | n/a | | n/a Sale | 7/25/2024 | -100.00 | $0.8500 | $8,500.00 | $8,500.00 |
| | | **100.00** | | | **n/a** | | **-100.00** | | **$8,500.00** | **$8,500.00** |

DXCM 7/26/2024 $126.00 CALLS - Gang Bao Gain / (Loss) (FIFO/LIFO) : **$8,500.00**

**DXCM 7/26/2024 $92.00 PUTS - Gang Bao**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Purchase[4] | 7/26/2024 | 100.00 | $28.5000 | ($285,000.00) | Sale | 7/25/2024 | -100.00 | $0.4800 | $4,800.00 | ($280,200.00) |
| Purchase[4] | 7/26/2024 | 100.00 | $28.5000 | ($285,000.00) | Sale | 7/25/2024 | -100.00 | $0.5500 | $5,500.00 | ($279,500.00) |
| | | **200.00** | | **($570,000.00)** | | | **-200.00** | | **$10,300.00** | **($559,700.00)** |

DXCM 7/26/2024 $92.00 PUTS - Gang Bao Gain / (Loss) (FIFO/LIFO) : **($559,700.00)**

**DXCM 7/26/2024 $90.00 PUTS - Gang Bao**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Purchase[4] | 7/26/2024 | 100.00 | $26.4000 | ($264,000.00) | Sale | 7/25/2024 | -100.00 | $0.4100 | $4,100.00 | ($259,900.00) |
| | | **100.00** | | **($264,000.00)** | | | **-100.00** | | **$4,100.00** | **($259,900.00)** |

DXCM 7/26/2024 $90.00 PUTS - Gang Bao Gain / (Loss) (FIFO/LIFO) : **($259,900.00)**

**DXCM 7/26/2024 $130.00 CALLS - Gang Bao**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Expired | 7/26/2024 | 100.00 | n/a | | n/a Sale | 7/25/2024 | -100.00 | $0.5500 | $5,500.00 | $5,500.00 |
| | | **100.00** | | | **n/a** | | **-100.00** | | **$5,500.00** | **$5,500.00** |
| | | | | | | | | DXCM 7/26/2024 $130.00 CALLS - Gang Bao Gain / (Loss) (FIFO/LIFO) : | | **$5,500.00** |

**DXCM 7/26/2024 $88.00 PUTS - Gang Bao**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Purchase[4] | 7/26/2024 | 100.00 | $24.7000 | ($247,000.00) | Sale | 7/25/2024 | -100.00 | $0.3000 | $3,000.00 | ($244,000.00) |
| | | **100.00** | | **($247,000.00)** | | | **-100.00** | | **$3,000.00** | **($244,000.00)** |
| | | | | | | | | DXCM 7/26/2024 $88.00 PUTS - Gang Bao Gain / (Loss) (FIFO/LIFO) : | | **($244,000.00)** |

**DXCM 8/2/2024 $140.00 CALLS - Gang Bao**

| | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Transaction Type | Trade Date | Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 0.00 | | | | | | | | |
| **Contracts Purchased and Sold/Retained During the Class Period** | | | | | | | | | | |
| Expired | 8/2/2024 | 5.00 | n/a | | n/a Sale | 7/25/2024 | -5.00 | $0.3500 | $175.00 | $175.00 |
| Expired | 8/2/2024 | 90.00 | n/a | | n/a Sale | 7/25/2024 | -95.00 | $0.3000 | $2,850.00 | $2,850.00 |
| | | **95.00** | | | **n/a** | | **-100.00** | | **$3,025.00** | **$3,025.00** |
| | | | | | | | | DXCM 7/26/2024 $140.00 CALLS - Gang Bao Gain / (Loss) (FIFO/LIFO) : | | **$3,025.00** |

Total - Gang Bao Gain / (Loss) (FIFO/LIFO) Gain / (Loss) (FIFO/LIFO) : **($1,036,575.00)**

| | |
|---|---|
| DexCom Investor Group - Common Stock Gain / (Loss) (FIFO/LIFO) : | **($1,365,355.62)** |
| DexCom Investor Group - Options Gain / (Loss) (FIFO/LIFO) : | **($1,685,084.04)** |

| | |
|---|---|
| **DexCom Investor Group - Dexcom Securities Gain / (Loss) (FIFO/LIFO) :** | **($3,050,439.66)** |

[1] *Common stock purchase was the result of selling a put option during the class period that was later assigned.*
[2] *Shares or contracts retained at the end of the Class Period (if any) are valued at the average price from July, 29, 2024 to Ocotber 21, 2024.*
[3] *Sales occurring during the 90-day lookback period are valued at the maximum of the actual sale price and the average price on the date of sale.*
[4] *Purchase occurred after the Class Period to close a position that was sold (written) during the Class Period.*