ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ALONZO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DEXCOM INC., et al., <br><br> Defendants. | Case No. 3:24-cv-01485-RSH-VET <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:       November 25, 2024 <br> JUDGE:     Hon. Robert S. Huie <br> CTRM:      3B, 3rd Floor <br><br> PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

4862-5965-1057.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that National Elevator Industry Pension Fund hereby moves this Court, pursuant to Rule 42 of the Federal Rules of Civil Procedure and the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (15 U.S.C. §78u-4(a)(3)), for an Order: (1) consolidating the Related Actions; (2) appointing the Pension Fund as Lead Plaintiff; and (3) approving proposed Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class.[1]   In support of this Motion, the Pension Fund submits a Memorandum of Law and the Declaration of Danielle S. Myers.

The Pension Fund is aware of Rule III.A. of this Court's Civil Pretrial and Trial Procedures, which provides, in relevant part, that "[a]ny party contemplating the filing of any noticed motion before this Court must first contact opposing counsel to discuss thoroughly the substance of the contemplated motion and any potential resolution." Here, pursuant to the PSLRA, any member of the putative class may file a motion for appointment as Lead Plaintiff on October 21, 2024.  *See* 15 U.S.C. §78u-4(a)(3)(A)(i)(II).  As such, the Pension Fund will not know the identities of other potential movants until October 22, 2024, the day after the statutory deadline, making conferral impracticable.  Under these circumstances, the Pension Fund respectfully requests that compliance with Rule III.A. be waived in this instance.

DATED:  October 21, 2024

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS

s/ Danielle S. Myers
DANIELLE S. MYERS

---

[1] The Related Actions are: *Alonzo v. DexCom Inc.*, No. 3:24-cv-01485 (S.D. Cal.); *Oakland Cnty. Emps.' Ret. Sys. v. DexCom Inc.*, No. 3:24-cv-01804 (S.D. Cal.); and *Carnes v. DexCom Inc.*, No. 3:24-cv-01809 (S.D. Cal.).

- 1 -                              3:24-cv-01485-RSH-VET

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
darrenr@rgrdlaw.com
dmvers@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

O'DONOGHUE & O'DONOGHUE LLP
JOHN M. McINTIRE
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
Telephone: 202/362-0041
imcintire@odonoghuelaw.com

Additional Counsel

4862-5965-1057.v1