ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ALONZO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DEXCOM INC., et al., <br><br> Defendants. | Case No. 3:24-cv-01485-RSH-VET <br><br> CLASS ACTION <br><br> DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:  November 25, 2024 <br> JUDGE:  Hon. Robert S. Huie <br> CTRM:  3B, 3rd Floor <br><br> PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

4866-1597-0289.v1

I, Danielle S. Myers, declare as follows:

1.      I am an attorney licensed to practice law before the courts of the State of California and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff National Elevator Industry Pension Fund.  I make this declaration in support of the Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published on *Globe Newswire* on August 21, 2024 (pgs. 1-3) ;

Exhibit B:    The Pension Fund's Sworn Certification pursuant to the Private Securities Litigation Reform Act of 1995 (pgs. 4-6); and

Exhibit C:    The Pension Fund's estimated financial interest in DexCom Inc. securities during the Class Period (pgs. 7-8).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of October, 2024.

s/ Danielle S. Myers
DANIELLE S. MYERS

- 1 -                               3:24-cv-01485-RSH-VET

4866-1597-0289.v1