# EXHIBIT A

Case 3:24-cv-01485-RSH-VET    Document 11-3    Filed 10/21/24    PageID.496    Page 1 of 3

Exhibit A

 


# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of DexCom, Inc. Securities and Sets a Lead Plaintiff Deadline of October 21, 2024

August 21, 2024 15:16 ET| Source: **Levi & Korsinsky, LLP**    **Follow**

## Company Profile

Levi & Korsinsky, LLP

Industry: Specialized Consumer Services

Website: https://zlk.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**

f

in





⊞

NEW YORK, Aug. 21, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of DexCom, Inc. ("DexCom" or the "Company") (NASDAQ: DXCM) between January 8, 2024 to July 25, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Charlene Alonzo v. DexCom, Inc., et al.* (Case No. 3:24-cv-01485 has been commenced in the United States District Court for the Southern District of California. To get more information **go to:**

https://zlk.com/pslra-1/dexcom-inc-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, on July 25, 2024, Dexcom announced its financial results for the second quarter of fiscal 2024 and reduced its revenue guidance for the full fiscal year

Exhibit A



NEWSROOM    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

immediately to DexCom's revelation. The price of DexCom's common stock declined dramatically. From a closing market price of $107.85 per share on July 25, 2024, DexCom's stock price fell to $64.00 per share on July 26, 2024, a decline of about 40.66% in the span of just a single day.

**If you suffered a loss in DXCM securities, you have until October 21, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

**Tags**

Class Action

# Recommended Reading

003                                                    Exhibit A