**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290

*Counsel for Proposed Lead Plaintiff DexCom Investor Group,*
*and Proposed Co-Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLENE ALONZO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DEXCOM INC., KEVIN R. SAYER, and JEREME M. SYLVAIN, <br><br> Defendants. | No.: 3:24-cv-01485-RSH-VET <br><br> **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF THE DEXCOM INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL** <br><br> Judge: Hon. Robert S. Huie <br> Date: November 25, 2024 <br><br> **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS** |

**SEPARATELY ORDERED BY THE COURT**

| | |
|---|---|
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JEREME M. SYLVAIN, and SEAN CHRISTENSEN,<br><br>Defendants. | No.: 3:24-cv-01804-AJB-BLM |
| MATTHEW CARNES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEXCOM INC., KEVIN R. SAYER, and JEREME M. SYLVAIN,<br><br>Defendants. | No.: 3:24-cv-01809-RBM-DDL |

I, Adam M. Apton, hereby declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner in the law firm of Levi & Korsinsky, LLP ("L&K"), proposed Co-Lead Counsel for the Class. I respectfully submit this supplemental declaration in further support of the DexCom Investor Group's Motion: (1) appointing the DexCom Investor Group as Lead Plaintiff; (2) approving its selection of L&K and Bleichmar Fonti & Auld LLP ("BFA") to serve as Co-Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting any such further relief as the Court may deem just and proper..

2.    Attached hereto as the exhibit is a true and correct copy of the following:

Exhibit A:    Corrected version of National Elevator Industry Pension Fund's loss chart, prepared by counsel for the DexCom Investor Group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of November 2024.

*/s/ Adam M. Apton*
Adam M. Apton

## <u>CERTIFICATE OF SERVICE</u>

I, Adam M. Apton, hereby certify that on November 8, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record registered in the CM/ECF system.

Executed on November 8, 2024.

*/s/ Adam M. Apton*
Adam M. Apton
