# EXHIBIT A

**Financial Interest Analysis for National Elevator Industry Pension Fund**
**Class Period: April 28, 2023 - July 25, 2024**

LIFO Analysis - Dexcom, Inc.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 4/28/2023 | 41,481.00 | | |
| None | | | | |
| *Total Class Period Sales Matching to Pre-Class Period Position* | | 0.00 | | $0.00 |
| Purchase | 8/9/2023 | 490.00 | $110.4200 | ($54,105.80) |
| Purchase | 8/9/2023 | 1,239.00 | $110.8700 | ($137,367.93) |
| Purchase | 8/15/2023 | 16,530.00 | $115.7600 | ($1,913,512.80) |
| Purchase | 8/16/2023 | 7,587.00 | $113.8200 | ($863,552.34) |
| Purchase | 8/17/2023 | 7,587.00 | $109.8300 | ($833,280.21) |
| Purchase | 11/1/2023 | 24,450.00 | $93.9600 | ($2,297,322.00) |
| Purchase | 7/1/2024 | 10,374.00 | $112.1100 | ($1,163,029.14) |
| *Total Class Period Purchases* | | 68,257.00 | | ($7,262,170.22) |
| Sale | 9/25/2023 | -338.00 | $86.0600 | $29,088.28 |
| Sale | 9/29/2023 | -94.00 | $94.7400 | $8,905.56 |
| Sale | 9/29/2023 | -106.00 | $94.7400 | $10,042.44 |
| Sale | 9/29/2023 | -108.00 | $94.7800 | $10,236.24 |
| Sale | 10/6/2023 | -586.00 | $82.7800 | $48,509.08 |
| Sale | 10/6/2023 | -6,087.00 | $82.9300 | $504,794.91 |
| Sale | 10/9/2023 | -1,817.00 | $82.3900 | $149,702.63 |
| Sale | 2/27/2024 | -2,697.00 | $115.7500 | $312,177.75 |
| *Total Class Period Sales Matching to Class Period Purchases* | | -11,833.00 | | $1,073,456.89 |
| Sale [1] | 7/29/2024 | -34,183.00 | $66.2700 | $2,265,307.41 |
| Sale [1] | 8/8/2024 | -188.00 | $71.3800 | $13,419.44 |
| *Total post-Class Period Sales Matching to Class Period Purchases* | | -34,371.00 | | $2,278,726.85 |
| *Retained Shares [2]* | | 22,053.00 | $70.0231 | $1,544,219.60 |
| | | | LIFO Gain/(Loss): | ($2,365,766.88) |

[1] Sales occurring during the 90-day lookback period are valued at the maximum of the actual sale price and the average price on the date of sale.

[2] Shares retained at the end of the Class Period (if any) are valued at the average price from July, 26, 2024 to Ocotber 21, 2024.