**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290

*Counsel for Proposed Lead Plaintiff DexCom Investor Group,*
*and Proposed Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ALONZO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DEXCOM INC., KEVIN R. SAYER, and JEREME M. SYLVAIN,<br><br>Defendants. | Case No. 3:24-cv-01485-RSH-VET<br><br><u>CLASS ACTION</u><br>**DECLARATION OF LESLEY E. WEAVER IN FURTHER SUPPORT OF THE MOTION OF THE DEXCOM INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF CO-LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS** |

*[caption continues on next page]*

| | |
|---|---|
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCOM, INC., KEVIN R. SAYER, JEREME M. SYLVAIN, and SEAN CHRISTENSEN, <br><br> Defendants. | Case No. 3:24-cv-01804-AJB-BLM <br><br> CLASS ACTION |
| MATTHEW CARNES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DEXCOM INC., KEVIN R. SAYER, and JEREME M. SYLVAIN, <br><br> Defendants. | Case No. 3:24-cv-01809-RBM-DDL <br><br> CLASS ACTION |

I, Lesley E. Weaver, declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Bleichmar Fonti & Auld LLP ("BFA"), proposed Co-Lead Counsel for the Class. I submit this Declaration in further support of the motion of the DexCom Investor Group for entry of an order: appointing the DexCom Investor Group as Lead Plaintiff; approving its selection of BFA and Levi & Korsinsky, LLP to serve as Co-Lead Counsel for the Class; consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and granting any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A-B are true and correct copies of the following documents:

Exhibit A:    National Elevator Industry Pension Fund's Memorandum of Points and Authorities in Support of the Notice of Motion and Motion of National Elevator Industry Pension Fund and Toronto Transit Commission Pension Fund Society for Appointment as Lead Plaintiff and Approval of Selection of Counsel, filed in the matter of *Kipling v. Flex Ltd., et al.*, No. 5:18-cv-02706-LHK (N.D. Cal.); and

Exhibit B:    National Elevator Industry Pension Fund's Memorandum in Further Support of the Motion of the Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead and Liaison Counsel and in Opposition to the Competing Motions, filed in the matter of *Charatz v. Avaya, Inc., et al.*, No. 3:05-cv-02319-SRC-TJB (D.N.J.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

1

Executed this 18th day of November 2024, at Oakland, California.

/s/ Lesley E. Weaver
Lesley E. Weaver

2

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on November 18, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record registered in the CM/ECF system.

Executed on November 18, 2024, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

DECLARATION OF LESLEY E. WEAVER
CASE NOS. 3:24-CV-01485-RSH-VET; 3:24-CV-01804-AJB-BLM; 3:24-CV-01809-RBM-DDL