UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DEXCOM, INC. CLASS ACTION SECURITIES LITIGATION | Case No.:  24-cv-1485-RSH-BLM<br><br>**ORDER ON JOINT MOTION FOR A CONTINUANCE**<br><br>[ECF No. 20] |

Before the Court is the Parties' joint motion to continue the deadlines for Lead Plaintiff to file a Consolidated Complaint and for Defendants to respond. ECF No. 20. For good cause shown, the Court **GRANTS** the joint motion as follows:

1.    Lead Plaintff shall file a consolidated complaint by no later than **January 27, 2025**.

2.    Defendants shall respond to the consolidated complaint by no later than **March 13, 2025**.

3.    If any Defendant files a motion to dismiss, Lead Plaintiff shall file an opposition to the motion to dismiss by no later than **April 14, 2025**. Defendant may file a reply in support of such a motion by no later than **May 5, 2025**.

1

The Court further **AMENDS** its December 13, 2024 Order as follows:

1.   Every pleading filed in the Consolidated Action shall bear the following caption:

| IN RE: DEXCOM, INC. CLASS ACTION SECURITIES LITIGATION | Lead Case No.: 24-cv-1485-RSH-VET |
|---|---|

**IT IS SO ORDERED.**

Dated: December 20, 2024

_Robert S Huie_

_____

Hon. Robert S. Huie
United States District Judge

24-cv-1485-RSH-BLM