UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DEXCOM, INC. CLASS ACTION SECURITIES LITIGATION | Case No.:  24-cv-1485-RSH-VET **ORDER GRANTING JOINT MOTION FOR ORDER EXTENDING ANSWER DEADLINE** [ECF No. 48] |

Before the Court is the Parties' joint motion to extend the deadline for Defendants to file an Answer to Lead Plaintiff's Consolidated Amended Complaint. ECF No. 48. For good cause shown, the Parties' motion is **GRANTED**. Defendants' deadline to file an Answer to Plaintiff's Lead Consolidated Complaint is continued to **October 7, 2025**.

**IT IS SO ORDERED.**

Dated: September 22, 2025

_____
Hon. Robert S. Huie
United States District Judge

1

24-cv-1485-RSH-VET