COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
DYLAN K. SCOTT (332796)
(dscott@cooley.com)
CRISTINA M. FERRUOLO (339442)
(cferruolo@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  +1 858 550 6000
Facsimile:  +1 858 550 6420

*Attorneys for Defendants Dexcom, Inc., Kevin Sayer, Jereme Sylvain, and Teri Lawver*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DEXCOM, INC. CLASS ACTION SECURITIES LITIGATION | Lead Case No. 24-cv-01485-RSH-VET |
| | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** |
| | Ctrm:      3B, 3rd Floor |
| | Judge:     Honorable Robert S. Huie |
| | Hearing:   November 14, 2025 |
| | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF MOTION AND
MOTION FOR JOP
CASE NO. 24-CV-1485-RSH-VET

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 14, 2025,[1] or as soon thereafter as the matter may be heard, in Courtroom 3B of the above-captioned court, located at 221 West Broadway, San Diego, California, 92101, Defendants Dexcom, Inc., Kevin Sayer, Jereme Sylvain, and Teri Lawver (collectively "Defendants") will, and hereby do, move this Court, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* ("PSLRA"), for an order granting Defendants Motion for Judgment on the Pleadings and dismissing with prejudice the First Amended Consolidated Complaint for Violations of the Federal Securities Laws for failure to state a claim upon which relief can be granted.

This Motion is made following a conference of counsel for the parties that took place on September 24, 2025.

This Motion is based on the following grounds: (1) Ms. Lawver is not the maker of any alleged false or misleading statement nor is she a control person; and (2) Plaintiff fails to adequately plead a materially false or misleading statement.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and documents on file in this matter, and on such further written and oral argument as may be presented at or before the time the Court takes this Motion under submission.

Dated:    October 10, 2025          COOLEY LLP

By: */s/ Koji F. Fukumura*
Koji F. Fukumura

*Attorneys for Defendants Dexcom, Inc., Kevin Sayer, Jereme Sylvain, and Teri Lawver*

---

[1] In accordance with Judge Huie's Civil Pretrial and Trial Procedures, Section III.B, Defendants have set the hearing date 35 days from the date of this Motion.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

NOTICE OF MOTION AND
MOTION FOR JOP
CASE NO. 24-CV-1485-RSH-VET