UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re DEXCOM, INC. CLASS ACTION SECURITIES LITIGATION

Lead Case No. 24-cv-1485-RSH-VET

ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

The Court, having considered Lead Plaintiff's Motion for Leave to File Notice of Supplemental Authority in Support of Lead Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings (the "Motion"), hereby **GRANTS** the Motion and **ORDERS** that Lead Plaintiff may file its Notice of Supplemental Authority in Support of Lead Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings.

Defendants may, if they choose, file a single response, not to exceed two pages in length in substance, no later than December 19, 2025.

**IT IS ORDERED**.

Dated: December 9, 2025

_____
The Honorable Robert S. Huie
United States District Judge

- 1 -                          24-cv-1485-RSH-VET

4930-4091-2000.v1