ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
W. MARK CONOVER (236090)
SARAH A. FALLON (345821)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
ddrosman@rgrdlaw.com
mconover@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEXCOM, INC. CLASS ACTION SECURITIES LITIGATION | Lead Case No. 24-cv-1485-RSH-VET |
| | LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |
| | DATE:      January 19, 2026 |
| | CTRM:     3B, 3rd Floor |
| | JUDGE:   Honorable Robert S. Huie |
| | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

4899-4029-4018.v1

Pursuant to §III.E. of the Court's Civil Pretrial and Trial Procedures, Lead Plaintiff National Elevator Industry Pension Fund ("Plaintiff") respectfully moves the Court for leave to file Lead Plaintiff's Second Notice of Supplemental Authority in Support of Lead Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings (the "Notice"), attached hereto as Exhibit 1.  The Notice apprises the Court of the December 12, 2025, decision in *Garbaccio, et al. v. Starbucks Corporation, et al.*, No. 2:24-cv-01362-JHC, ECF 59 (W.D. Wash. Dec. 12, 2025), granting reconsideration and clarifying the court's prior order.

This new authority is directly relevant to the pending Motion for Judgment on the Pleadings (ECF 54) for two reasons:

**1.    It Rejects Defendants'[1] Procedural Gamesmanship Regarding "Control."**  The *Starbucks* court held that where defendants fail to raise the issue of "control" in a prior motion to dismiss, "it would be procedurally improper for the Court to now dismiss [p]laintiffs' § 20(a) claims . . . for failing to plead control." *Starbucks*, ECF 59 at 2.  This supports Plaintiff's argument that defendants Dexcom and Lawver waived their challenge to Lawver's control by failing to raise it in their Rule 12(b)(6) motion, and reinforces the impropriety of Defendants' attempt to litigate issues piecemeal via Rule 12(c).

**2.    It Confirms the Standard for §20(a) Liability.**  The *Starbucks* court explicitly clarified that a plaintiff "'need not show that the defendant was a culpable participant in the violation'" to establish §20(a) liability.  *Id.* (quoting *SEC v. Todd*, 642 F.3d 1207, 1223 (9th Cir. 2011)).  This supports Plaintiff's position that defendant Lawver remains liable as a control person regardless of whether she personally made the specific misstatements at issue in the primary §10(b) claim.

---

[1]   "Defendants" are Dexcom, Inc. ("Dexcom"), Kevin R. Sayer, Jereme M. Sylvain, and Teri Lawver ("Lawver").

- 1 -                    24-cv-1485-RSH-VET

Plaintiff respectfully requests leave to file the attached Notice.  Because Defendants are already scheduled to file a response by December 19, 2025, accepting this filing now allows all relevant supplemental authority to be addressed in a single briefing without delaying the proceedings.

DATED:  December 15, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN
W. MARK CONOVER
SARAH A. FALLON

s/ Daniel S. Drosman
DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
ddrosman@rgrdlaw.com
mconover@rgrdlaw.com
sfallon@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELIZABETH A. SHONSON
(admitted *pro hac vice*)
LUKE GOVEAS
(admitted *pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
eshonson@rgrdlaw.com
lgoveas@rgrdlaw.com

Lead Counsel for Lead Plaintiff

O'DONOGHUE & O'DONOGHUE LLP
JOHN M. McINTIRE
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC  20015
Telephone:  202/362-0041
jmcintire@odonoghuelaw.com

Additional Counsel

4899-4029-4018.v1

- 2 -                24-cv-1485-RSH-VET