COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
DYLAN K. SCOTT (332796)
(dscott@cooley.com)
CRISTINA M. FERRUOLO (339442)
(cferruolo@cooley.com)
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550 6420

*Attorneys for Defendants Dexcom, Inc., Kevin
Sayer, Jereme Sylvain, and Teri Lawver*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DEXCOM, INC. CLASS ACTION SECURITIES LITIGATION | Lead Case No. 24-cv-01485-RSH-VET |
| | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS LEAD PLAINTIFF'S SECOND AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| | Ctrm:      3B, 3rd Floor<br>Judge:     Honorable Robert S. Huie<br>Hearing:  March 27, 2026 |
| | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY REQUESTED BY THE COURT |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 27, 2026,[1] or as soon thereafter as the matter may be heard, in Courtroom 3B of the above-captioned court, located at 221 West Broadway, San Diego, California, 92101, Defendants Dexcom, Inc., Kevin Sayer, Jereme Sylvain, and Teri Lawver (collectively, "Defendants") will, and hereby do, move this Court, pursuant to Rules 8, 9, and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* ("PSLRA"), for an order dismissing the Second Amended Consolidated Complaint for Violations of the Federal Securities Laws for failure to state a claim upon which relief can be granted.

This Motion is made following a conference of counsel for the parties that took place on February 12, 2026.

This Motion is based on the following grounds: (1) Plaintiff fails to adequately plead a materially false or misleading statement; (2) Plaintiff fails to adequately plead scienter; and (3) Plaintiff fails to adequately plead a Section 10(b) claim against Sayer and Lawver and a Section 20(a) claim against Lawver.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Heather Speers and attached exhibits filed herewith, all pleadings and documents on file in this matter, and on such further written and oral argument as may be presented at or before the time the Court takes this Motion under submission.

---

[1] In accordance with Judge Huie's Civil Pretrial and Trial Procedures, Section III.B, Defendants have set the hearing date 35 days from the date of this Motion.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

NOTICE OF MOTION AND
MOTION TO DISMISS SAC
CASE NO. 24-CV-1485-RSH-VET

Dated:      February 20, 2026          COOLEY LLP


By: */s/ Koji F. Fukumura*
　　 Koji F. Fukumura

*Attorneys for Defendants*
*Dexcom, Inc., Kevin Sayer, Jereme*
*Sylvain, and Teri Lawver*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

NOTICE OF MOTION AND
MOTION TO DISMISS SAC
CASE NO. 24-CV-1485-RSH-VET