ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
W. MARK CONOVER (236090)
SARAH A. FALLON (345821)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
ddrosman@rgrdlaw.com
mconover@rgrdlaw.com
sfallon@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re DEXCOM, INC. CLASS ACTION SECURITIES LITIGATION | Lead Case No. 24-cv-1485-RSH-VET |
|---|---|
| | DECLARATION OF DANIEL S. DROSMAN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |
| | DATE:       March 27, 2026<br>CTRM:       3B, 3rd Floor<br>JUDGE:       Honorable Robert S. Huie |

4930-1971-6247.v1

I, DANIEL S. DROSMAN, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Lead Plaintiff National Elevator Industry Pension Fund in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit A is a true and correct copy of the chart depicted on page 2 of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint for Violations of the Federal Securities Laws, filed concurrently herewith.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2026 at San Diego, California.

                                    s/ Daniel S. Drosman
                                    DANIEL S. DROSMAN

4930-1971-6247.v1

- 1 -                                    24-cv-1485-RSH-VET