**Index of Exhibit to the Declaration of Daniel S. Drosman
in Support of Lead Plaintiff's Opposition to Defendants'
Motion to Dismiss the Second Amended Consolidated Complaint**

| Document | Exhibit | Page |
|---|---|---|
| Chart | A | 1 |

24-cv-1485-RSH-VET

4930-1971-6247.v1