# EXHIBIT A

## Exhibit A



**Jan 8, 2024**
- "[we] continue to see *outperformance in basal*"

\* \* \*

Analyst: "[Are you] winning more than your fair share in the basal category?"
- [*W]e are doing well in the basal category.*"
- "We win . . . *we win very much."*

**Feb 8, 2024**
**Statement J:**
- "[Y]ou can see the share taking when you look at the script data, *we are taking share*."
- "basal is a contributor, no question . . . and *we take share within that category*"
- "we are seeing basal going faster . . . and *we continue to take share*"

**Analyst Reaction to Statement J:**
- "[a] Bolus of Basal Patients... *[t]he big driver here is basal*"
- "[W]e see *the biggest upside. . . coming from [the basal] population."*
- "*Basal Continue[s] to Outperform*"

**April 25, 2024**
**Statement K:**
- "Record new patients . . . *we continue to see really well performance in [basal]."*
- [T]here's no debate internally to us.  We know *we're taking share* . . . *you can see the scripts continuing to come our way*."
- "[W]hen we compete head-to-head, *we've typically won.*"

**Analyst Reaction to Statement K:**
- "DXCM . . . *gaining market share* . . . DXCM continued to see *strong growth from basal*-only patients."
- "[W]e believe . . . *competitive wins from ABT Type 2 basal-only patients will drive better than expected revenue . . .* in 2024."

**July 25-26, 2024**
**Q2 2025 Earnings:**
*Dexcom's stock price plummets by over 40%*, "*their steepest decline ever . . .* wiping out more than $17 billion in market cap."
- *"We're not doing wonderful in the basal space*."
- *"we've lost market share"*
- *"we have seen our share of new customers fall short of our expectations"*
- "*[W]e obviously don't win* in [PCP] offices we don't call on."

**Analyst Reaction:**
- *"DXCM is clearly losing the basal wars* right now"
- "*A Lot of Damage Done*"
- *"[T]he most worrisome dynamic to us [is] share loss to its largest competitor Abbott .* . . which cost DXCM a meaningful number of new patients."
- *"[d]isastrous revenue miss* and guidance cut"
- *"DXCM credibility is damaged"*
- *"investor faith in management has been severely shaken"*

Defendants have admitted that during the January to April 2024 timeframe:
- Dexcom was losing approximately seven out of ten *new basal prescriptions* to Abbott.
- Dexcom trailed Abbott in *total basal market share*, by a margin of ~70% to ~30%.