# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Charlene Alonzo, et al

**Plaintiff,**

**V.**

K. George Thampy, et al

**Defendant.**

**Civil Action No.** 24-cv-01485-RSH-VET

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendants' motion to dismiss as to Statements J and K WITHOUT LEAVE TO AMEND. In light of the Court's ruling above, the Court DENIES Defendant's motion to strike Plaintiff's SACC as moot. The case is hereby closed.

**Date:** 8/27/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Cortez
A. Cortez, Deputy